B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Masiclat, Lawrence T.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Masiclat, Mylene** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Louie Tuazon** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3404** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5384** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5721 Caribou Lane**<br>**Hoffman Estates, IL**<br>ZIP Code **60192** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5721 Caribou Lane**<br>**Hoffman Estates, IL**<br>ZIP Code **60192** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                            Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Masiclat, Lawrence T.**<br>**Masiclat, Mylene** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Masiclat, Lawrence T.**
**Masiclat, Mylene**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence T. Masiclat**
Signature of Debtor   **Lawrence T. Masiclat**

X **/s/ Mylene Masiclat**
Signature of Joint Debtor **Mylene Masiclat**

Telephone Number (If not represented by attorney)

**January 28, 2015**
Date

#### Signature of Attorney*

X **/s/ Nathan Volheim**
Signature of Attorney for Debtor(s)

**Nathan Volheim 6302103**
Printed Name of Attorney for Debtor(s)

**Sulaiman Law Group, Ltd.**
Firm Name

**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**

Address

**Email: mbadwan@sulaimanlaw.com**
**630-575-8181  Fax: 630-575-8188**
Telephone Number

**January 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Lawrence T. Masiclat**
**Mylene Masiclat**
_____     Case No. _____
Debtor(s)     Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Lawrence T. Masiclat**
                           **Lawrence T. Masiclat**

Date:    **January 28, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Lawrence T. Masiclat**
**Mylene Masiclat**

Debtor(s)

Case No.

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mylene Masiclat**
                        **Mylene Masiclat**

Date:    **January 28, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Lawrence T. Masiclat,**
      **Mylene Masiclat**

Case No. _____

                                                     ,
                                  Debtors

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 802,650.00 | | |
| B - Personal Property | Yes | 4 | 149,887.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 1,066,505.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 42 | | 499,266.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 7,102.72 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,934.68 |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 952,537.00 | | |
| Total Liabilities | | | | 1,565,772.68 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lawrence T. Masiclat,**
         **Mylene Masiclat**                                              Case No. _____

_____,              Chapter_____**7**_____

                                                Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Lawrence T. Masiclat,**                                   Case No. _____

       **Mylene Masiclat**

                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price**<br>**$407,500.00)**<br>**Value Per Comps**<br>**PIN#: 06-08-406-018-0000** | | J | 360,000.00 | 400,256.00 |
| **222 N. Columbus Drive, Unit #3204**<br>**Chicago, Illinois 60601**<br>**Condominium**<br>**Purchased in January 2006 (Purchase Price**<br>**$275,000.00)**<br>**Value Per CMA**<br>**PIN#: 17-10-316-033-1319** | | J | 235,000.00 | 250,000.00 |
| **80 Kristin Circle, Unit #8**<br>**Schaumburg, Illinois 60195**<br>**Condominium**<br>**Purchased in November 2006 (Purchase Price**<br>**$270,000.00)**<br>**Value Per Comps**<br>**PIN#:  07-10-101-039-1132** | | H | 140,000.00 | 203,573.00 |
| **Palawan Tower, Unit 9A, Metropolitan Park, Roxas**<br>**Boulevard Corner EDSA, Pasay City Philippines**<br>**Bay Garden Condominium**<br>**33.33% Interest with Zozima Victuelles, Hector**<br>**Victuelles, Maribeth Ophrecio, and Nelson Ophrecio**<br>**Value Per Comps** | | J | 67,650.00 | 167,441.86 |

|  | | |
|---|---|---|
| Sub-Total > | **802,650.00** | (Total of this page) |
| Total > | **802,650.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Lawrence T. Masiclat,**                                    Case No. _____
**Mylene Masiclat**
_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BMO Harris Bank, N.A.**<br>**Checking Account Ending with 3601** | - | 972.00 |
| | | | **BMO Harris Bank**<br>**Savings Account** | H | 600.00 |
| | | | **TCF Bank**<br>**Checking  Account** | W | 200.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Used Household Goods, Furniture and Appliances** | J | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items** | J | 100.00 |
| 6. | Wearing apparel. | | **Used Clothing** | J | 1,750.00 |
| 7. | Furs and jewelry. | | **Wedding Rings, Watchs, Costume Jewelry and Bracelets** | J | 1,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Camera and Camcorder** | J | 300.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American General Finance**<br>**Vula Life Insurance Policy**<br>**Beneficiary: Spouse and Children** | H | 12,000.00 |
| | | | **TransAmerica**<br>**Term Life Insurance Policy**<br>**No Cash Value** | W | 0.00 |

|  | Sub-Total > | **19,922.00** |
|---|---|---|
| | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                  Case No. _____
         **Mylene Masiclat**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(K) through John Hancock** | H | 27,000.00 |
| | | **Suntrust IRA** | W | 50,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Freedom Banc Reality, LTD (S-Corp) Real Estate Company (Selling, Listing, Leasing) Business Liabilities Outweigh Assets** | H | 0.00 |
| | | **Sure Care Home Services, Inc. d/b/a Above and Beyond Network Home Care Services, Inc. Non Medical Home Health Care Provider 1/3 Interest with Susie Zosima Victuelles and Maribeth Ohprecio Business Liabilities Outweigh Assets** | W | 0.00 |
| | | **Caring Heart Hospice and Palliative Care, Inc. Hospice Agency - Business in Not Active 50% Interest with Medilyn Leynes and Ma. Tersa Adriano Business Liabilities Outweigh Assets** | J | 0.00 |
| | | **Christa Hospice & Palliative Care, Corp Hospice Agency - Business in Not Active Business Liabilities Outweigh Assets** | H | 0.00 |
| | | **Healthcare Resource, Inc. Healthcare Consulting Business is Not Active** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Outstanding Loan to Precious Life Home Health** | J | 7,000.00 |

|  |  | Sub-Total > | 84,000.00 |
|---|---|---|---|
|  |  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**                                    Case No. _____
       **Mylene Masiclat**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated 2014 Tax Refund** | J | 8,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2014 Jeep Wrangler-Unlimited with 16,000 Miles Value Per KBB, PPV** | H | 23,305.00 |
| | | **2011 Nissan Rogue with 48,000 Miles Value Per KBB, PPV** | H | 14,660.00 |
| 26. Boats, motors, and accessories. | X | | | |

                                             Sub-Total >      45,965.00
                                         (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                         Case No. _____
         **Mylene Masiclat**
                                                        ,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached                    Total >        **149,887.00**
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    **Lawrence T. Masiclat,**                                            Case No. _____

        **Mylene Masiclat**

                                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **5721 Caribou Lane** | **735 ILCS 5/12-901** | **30,000.00** | **360,000.00** |
| **Hoffman Estates, Illinois 60192** | | | |
| **Single Family Dwelling** | | | |
| **Purchased in September 2002 (Purchase Price** | | | |
| **$407,500.00)** | | | |
| **Value Per Comps** | | | |
| **PIN#: 06-08-406-018-0000** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **BMO Harris Bank, N.A.** | **735 ILCS 5/12-1001(b)** | **972.00** | **972.00** |
| **Checking Account Ending with 3601** | | | |
| | | | |
| **BMO Harris Bank** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Savings Account** | | | |
| | | | |
| **TCF Bank** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking  Account** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Used Clothing** | **735 ILCS 5/12-1001(a)** | **1,750.00** | **1,750.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **American General Finance** | **215 ILCS 5/238** | **100%** | **12,000.00** |
| **Vula Life Insurance Policy** | | | |
| **Beneficiary: Spouse and Children** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(K) through John Hancock** | **735 ILCS 5/12-1006** | **100%** | **27,000.00** |
| | | | |
| **Suntrust IRA** | **735 ILCS 5/12-1006** | **100%** | **50,000.00** |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated 2014 Tax Refund** | **735 ILCS 5/12-1001(b)** | **6,228.00** | **8,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2011 Nissan Rogue with 48,000 Miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **14,660.00** |
| **Value Per KBB, PPV** | | | |

                                            Total:        **131,150.00**        **475,182.00**

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Lawrence T. Masiclat,**                                          Case No. _____
       **Mylene Masiclat**

                                                                    ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**American Chartered Bank**<br>**20 N. Martingale Road, Suite 600**<br>**Schaumburg, IL 60173** | J | | | **Third Lien**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps**<br>**PIN#: 06-08-406-018-0000** | | | | | |
| | | | | Value $                **360,000.00** | | | | 80,000.00 | 40,256.00 |
| Account No. **xxxxxxxxx0040**<br><br>**Americas Servicing Company**<br>**One Home Campus**<br>**MAC X2501-01D**<br>**Des Moines, IA 50328** | - | | | **Opened  3/01/04  Last Active 10/17/14**<br>**First Mortgage**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps** | | | | | |
| | | | | Value $                **360,000.00** | | | | 279,288.00 | 0.00 |
| Account No.<br><br>**Americas Servicing Company**<br>**PO Box 10328**<br>**Des Moines, IA 50306** | | | | **Additional Notice Sent To:**<br><br>**Americas Servicing Company** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No.<br><br>**Americas Servicing Company**<br>**Debra Conn**<br>**8480 Stagecoach Circle**<br>**Frederick, MD 21701** | | | | **Additional Notice Sent To:**<br><br>**Americas Servicing Company** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

__4__ continuation sheets attached

Subtotal
(Total of this page)

**359,288.00**          **40,256.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
       **Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H<br>W<br>J<br>C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx1000**<br><br>**Chrysler Capital**<br>**Po Box 961275**<br>**Fort Worth, TX 76161** | - | | Opened 12/01/13  Last Active 11/03/14<br><br>**Vehicle Lien**<br><br>**2014 Jeep Wrangler-Unlimited with 16,000 Miles**<br>**Value Per KBB, PPV** | | | | | |
| | | | Value $              23,305.00 | | | | 32,801.00 | 9,496.00 |
| Account No.<br><br>**Chrysler Financial Services**<br>**PO Box 9223**<br>**Farmington, MI 48333-9223** | | | **Additional Notice Sent To:**<br>**Chrysler Capital** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxx5467**<br><br>**CitiMortgage, Inc.**<br>**1000 Technology Drive**<br>**O Fallon, MO 63368** | - | | Opened 11/01/05  Last Active 10/22/14<br>**Second Lien**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps** | | | | | |
| | | | Value $            360,000.00 | | | | 40,968.00 | 0.00 |
| Account No.<br><br>**CitiMortgage, Inc.**<br>**PO Box 6243**<br>**Sioux Falls, SD 57117** | | | **Additional Notice Sent To:**<br>**CitiMortgage, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**D.K. Condo Association**<br>**c/o Daper and Kramer Co.**<br>**PO Box 611095**<br>**Chicago, IL 60666** | - | | **Assessment**<br>**222 N. Columbus Drive, Unit #3204**<br>**Chicago, Illinois 60601**<br>**Condominium**<br>**Purchased in January 2006 (Purchase Price $275,000.00)**<br>**Value Per CMA**<br>**PIN#: 17-10-316-033-1319** | | | | | |
| | | | Value $            235,000.00 | | | | 0.00 | 0.00 |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 73,769.00 | 9,496.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
       **Mylene Masiclat**                                            ,     Case No. _____

                                                 Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxxxx0001** | | | | Opened 11/01/12  Last Active 11/10/14 | | | | | |
| **Nissan Motor Acceptance** **Po Box 660360** **Dallas, TX 75266** | - | | | **Vehicle Lien** **2011 Nissan Rogue with 48,000 Miles** **Value Per KBB, PPV** | | | | | |
| | | | | Value $           **14,660.00** | | | | **12,434.00** | **0.00** |
| Account No. | | | | | | | | | |
| **Nissan Motor Acceptance** **8900 Freeport Parkway** **Irving, TX 75063** | | | | **Additional Notice Sent To:** **Nissan Motor Acceptance** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Nissan Motor Acceptance *** **Po Box 660360** **Dallas, TX 75266** | | | | **Additional Notice Sent To:** **Nissan Motor Acceptance** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Twelve Oaks at Schaumburg** **PO Box 5705** **Carol Stream, IL 60197** | - | | | **Assessment** **80 Kristin Circle, Unit #8** **Schaumburg, Illinois 60195** **Condominium** **Purchased in November 2006 (Purchase Price $270,000.00)** **Value Per Comps** **PIN#:  07-10-101-039-1132** | | | | | |
| | | | | Value $           **140,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | | |
| **Twelve Oaks at Schaumburg** **120 Kristin Circle** **Schaumburg, IL 60195** | | | | **Additional Notice Sent To:** **Twelve Oaks at Schaumburg** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet   **2** \_\_\_ of   **4** \_\_\_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                                  Subtotal        **12,434.00**        **0.00**
                                      (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
        **Mylene Masiclat**
                                                                Case No. _____

_____,
                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Union Bank of the Philippines** | | | | - | Mortgage Palawan Tower, Unit 9A, Metropolitan Park, Roxas Boulevard Corner EDSA, Pasay City Philippines Bay Garden Condominium 33.33% Interest with Zozima Victuelles, Hector Victuelles, Maribeth Ophrecio, and Nelson Ophrecio | | | | | |
| | | | | | Value **205,000.00** | | | | **167,441.86** | **0.00** |
| Account No. **xxxxxxxxx0928** **Wells Fargo Home Mortgage** **5620 Brooklyn Boulevard** **Minneapolis, MN 55429** | | | | - | Opened 12/01/05  Last Active  1/17/12 Mortgage 222 N. Columbus Drive, Unit #3204 Chicago, Illinois 60601 Condominium Purchased in January 2006 (Purchase Price $275,000.00) Value Per CMA | | | | | |
| | | | | | Value $ **235,000.00** | | | | **250,000.00** | **15,000.00** |
| Account No. **US Bancorp Center** **800 Nicollet Mall** **Minneapolis, MN 55402** | | | | | Additional Notice Sent To: Wells Fargo Home Mortgage | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **US Bank Home Mortgage** **Bankruptcy/Recovery Dept** **Po Box 5229** **Cincinnati, OH 45201** | | | | | Additional Notice Sent To: Wells Fargo Home Mortgage | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **US Bank Home Mortgage** **US Bancorp Center** **800 Nicollet Mall** **Minneapolis, MN 55402** | | | | | Additional Notice Sent To: Wells Fargo Home Mortgage | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |

Sheet _3_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **417,441.86**    **15,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
     **Mylene Masiclat**          Case No. _____

_____,
                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wells Fargo Bank, N.A.** <br> **420 Montgomery Street** <br> **San Francisco, CA 94132** | | | **Additional Notice Sent To:** <br> **Wells Fargo Home Mortgage** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Wells Fargo Home Mortgage** <br> **Po Box 10335** <br> **Des Moines, IA 50306** | | | **Additional Notice Sent To:** <br> **Wells Fargo Home Mortgage** <br><br> Value $ | | | | **Notice Only** | |
| Account No. **xxxxxxxxx9508** <br><br> **Wells Fargo Home Mortgage** <br> **5620 Brooklyn Boulevard** <br> **Minneapolis, MN 55429** | - | | Opened 1/01/07  Last Active 1/17/12 <br> Mortgage <br> **80 Kristin Circle, Unit #8** <br> **Schaumburg, Illinois 60195** <br> **Condominium** <br> **Purchased in November 2006 (Purchase Price $270,000.00)** <br> **Value Per Comps** <br> Value $      **140,000.00** | | | | **203,573.00** | **0.00** |
| Account No. <br><br> **Deutsche Bank National Trust Company** <br> **1761 East Street Andrew Place** <br> **Santa Ana, CA 92705** | | | **Additional Notice Sent To:** <br> **Wells Fargo Home Mortgage** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Wells Fargo Bank, N.A.** <br> **420 Montgomery Street** <br> **San Francisco, CA 94132** | | | **Additional Notice Sent To:** <br> **Wells Fargo Home Mortgage** <br><br> Value $ | | | | **Notice Only** | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **203,573.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **1,066,505.86** | **64,752.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Lawrence T. Masiclat,**                                     Case No. _____
        **Mylene Masiclat**
_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                 **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Lawrence T. Masiclat,**
**Mylene Masiclat**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **x9861** <br><br> **Ability Network Inc.** <br> **Dept CH 16577** <br> **Palatine, IL 60055** | | | J | | Line of Credit | | | | 1,440.00 |
| Account No. <br><br> **Adriana De La Cruz** <br> **7108 Robinswood Drive** <br> **Rockford, IL 61114** | | | J | | Notice Only | | | | 0.00 |
| Account No. **xxx8850** <br><br> **ADT Alarms** <br> **PO Box 650485** <br> **Dallas, TX 75265** | | | J | | Services | | | | 400.00 |
| Account No. <br><br> **ADT** <br> **3190 S. Vaughn Way** <br> **Aurora, CO 80014** | | | | | Additional Notice Sent To: <br> **ADT Alarms** | | | | Notice Only |

| | | |
|---|---|---|
| __41__ continuation sheets attached | Subtotal <br> (Total of this page) | **1,840.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**                                                      Case No. _____
       **Mylene Masiclat**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9107** <br><br> **ADT Security Systems, Inc.** <br> **PO Box 650485** <br> **Dallas, TX 75265** | | J | | Service | | | | 311.94 |
| Account No. **xx5338** <br><br> **Advance Business Machines** <br> **5344 11th Street** <br> **Rockford, IL 61109** | | J | | Services | | | | 350.00 |
| Account No. <br><br> **Agatona Marasigan** <br> **4415 Robin Court** <br> **Gurnee, IL 60031** | | J | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Alex Guilfoyle** <br> **450 Sunnyside Drive** <br> **Cedarville, IL 61013** | | J | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Alexander Reyes** <br> **3749 N. Trainer Road** <br> **Rockford, IL 61114** | | J | | Notice Only | | | | 0.00 |

Sheet no. __1__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              661.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                    Case No. _____
            **Mylene Masiclat**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9106**<br><br>**Allied Interstate**<br>**2290 Agate Court**<br>**Unit A1**<br>**Simi Valley, CA 93065** | | J | Collection Agency<br>United Health Care Insurance | | | | 1,363.45 |
| Account No.<br><br>**United Healthcare**<br>**PO Box 30573**<br>**Salt Lake City, UT 84130-0573** | | | Additional Notice Sent To:<br>Allied Interstate | | | | Notice Only |
| Account No.<br><br>**Amb. Anesthesiologists of Chicago, LLC**<br>**Dept 20 8021 PO Box 5998**<br>**Carol Stream, IL 60197** | | W | Medical | | | | 91.80 |
| Account No.<br><br>**American Chartered Bank**<br>**700 W. Euclid Avenue**<br>**Palatine, IL 60067** | | W | Overdraft fees<br>Personal Guarantor for<br>Sure Care Home Health Corp | | | | 0.00 |
| Account No. **xxxxxxxxxxx3183**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | W | Opened  5/01/99  Last Active  8/30/14<br>Credit Card | | | | 10,728.00 |

Sheet no. __**2**___ of __**41**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,183.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
 **Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx3683<br><br>**American Express \***<br>**c/o Becket & Lee**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | - | | | **Opened 11/01/93 Last Active 11/09/14**<br>**Credit Card** | | | | **4,672.00** |
| Account No. **xxxxxxxxx xxxxx xx xx1005**<br><br>**American Express \***<br>**c/o Becket & Lee**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | J | | | **Credit Card**<br>**Personal Guarantor for**<br>**Freedom Banc Realty** | | | | **4,281.03** |
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**PO Box 26314**<br>**Lehigh Valley, PA 18002** | | | | **Additional Notice Sent To:**<br>**American Express \*** | | | | **Notice Only** |
| Account No. **x-x2003**<br><br>**American Express \***<br>**c/o Becket & Lee**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | J | | | **Credit Card Personal Guarantor**<br>**for Freedom Banc Realty** | | | | **2,776.35** |
| Account No. **x-x3008**<br><br>**American Express \***<br>**c/o Becket & Lee**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | H | | | **Credit Card** | | | | **3,747.79** |

Sheet no. __3___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,477.17**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
          **Mylene Masiclat**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **American Express *** c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | J | **Credit Card Personal Guarantor for Surecare Home Health** | | | | 1,765.00 |
| Account No. **Amy Park 711 Crestview Drive Bolingbrook, IL 60440** | | J | **Notice Only** | | | | 0.00 |
| Account No. **Angie Reyes 954 N. Main Street APT 35 Rockford, IL 61103** | | J | **Notice Only** | | | | 0.00 |
| Account No. **Arlene Palapala 122 Canton Lane Streamwood, IL 60107** | | J | **Notice Only** | | | | 0.00 |
| Account No. **xxxxx7612** **AT&T 225 W. Randolph Road Chicago, IL 60606** | | J | **Services** | | | | 200.00 |

Sheet no. __4__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,965.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
       **Mylene Masiclat**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8427** <br><br> **AT&T** <br> **225 W. Randolph Road** <br> **Chicago, IL 60606** | | J | Services | | | | 431.51 |
| Account No. <br><br> **Athletic and Therapeutic Institute** <br> **4947 Payshere Circle** <br> **Chicago, IL 60674** | | J | Medical | | | | 740.55 |
| Account No. <br><br> **Audress Heavey** <br> **1106 South Crystal Lake Road** <br> **McHenry, IL 60050** | | J | Notice Only | | | | 0.00 |
| Account No. **xx4833** <br><br> **Averus** <br> **3851 Clearview Court** <br> **Gurnee, IL 60031** | | J | Services | | | | 148.00 |
| Account No. **xxxxxxxxxxx0338** <br><br> **Bank of America** <br> **4060 Ogletown/Stanton Road** <br> **Newark, DE 19713** | | J | Opened  2/01/99  Last Active 5/12/14 <br> Credit Card | | | | 11,352.00 |

Sheet no. __5___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                              | 12,672.06 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**                                                Case No. _____
       **Mylene Masiclat**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank Of America, N.A. \*** <br>**401 N. Tryon Street** <br>**NC1-021-02-20** <br>**Charlotte, NC 28255** | | | **Additional Notice Sent To:** <br>**Bank of America** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx8861** <br><br>**Bank of America** <br>**4060 Ogletown/Stanton Road** <br>**Newark, DE 19713** | | J | **Opened  8/01/08  Last Active  5/06/14** <br>**Credit Card** | | | | **9,807.00** |
| Account No. <br><br>**Barbara S Badger** <br>**113 W North Street** <br>**Pearl City, IL 61062** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Bliss Marc International** <br>**7905 Lyons Street** <br>**Morton Grove, IL 60053** | | J | **Services** | | | | **5,411.00** |
| Account No. **xxxxxxxxxxx4661** <br><br>**BMO Harris Bank N.A. \*** <br>**111 W. Monroe Street** <br>**Chicago, IL 60603** | | H | **Opened 10/01/11  Last Active  7/07/14** <br>**Credit Card** | | | | **10,775.00** |

Sheet no. __6__ of __41__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        **25,993.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
      **Mylene Masiclat**
                                      ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bonnie Wasilewski**<br>**8820 Richardson Road**<br>**Spring Grove, IL 60081** | | J | **Notice Only** | | | | 0.00 |
| Account No. **x6033**<br><br>**C Beyond**<br>**320 Interstate North Parkway SE**<br>**Suite 300**<br>**Atlanta, GA 30339** | | J | **Services**<br>**Personal Guarantor for**<br>**Freedom Banc** | | | | 935.23 |
| Account No. **xxxxxxxxxxxx5709**<br><br>**Capital One, N.A. ***<br>**c/o American Infosource**<br>**P.O Box 54529**<br>**Oklahoma City, OK 73154** | - | | **Opened  5/01/04  Last Active  9/13/14**<br>**Credit Card**<br>**Personal Guarantor**<br>**for Freedom Banc Home Mortgage** | | | | 6,146.00 |
| Account No. **xxxxxxxxxxxx0349**<br><br>**Capital One, N.A. ***<br>**c/o American Infosource**<br>**P.O Box 54529**<br>**Oklahoma City, OK 73154** | | W | **Opened  5/01/07  Last Active  5/10/14**<br>**Charge Account** | | | | 22,649.00 |
| Account No.<br><br>**United Recovery Service**<br>**18525 Torrence**<br>**Suite C6**<br>**Lansing, IL 60445** | | | **Additional Notice Sent To:**<br>**Capital One, N.A. *** | | | | **Notice Only** |

Sheet no.  __7___  of  __41__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,730.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
**Mylene Masiclat**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **United Recovery Systems, LP** P.O. Box  722929 Houston, TX 77272 | | | | Additional Notice Sent To: **Capital One, N.A. \*** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx7449 | | | | **Opened  3/01/97  Last Active  4/30/14 Credit Card** | | | | |
| **Capital One, N.A. \*** c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | J | | | | | | 6,596.00 |
| Account No. | | | | | | | | |
| **Capital One, N.A.\*** 1680 Capital One Drive Mc Lean, VA 22102 | | | | Additional Notice Sent To: **Capital One, N.A. \*** | | | | **Notice Only** |
| Account No. | | | | **Services** | | | | |
| **Care Plus Nursing and Rehabilitation** 411 Business Center Drive Suite 102 Mount Prospect, IL 60056 | | J | | | | | | 5,575.00 |
| Account No. | | | | **Services** | | | | |
| **Caring Therapeutics, P.C.** 10723 Winterset Drive Orland Park, IL 60467 | | W | | | | | | 1,176.00 |

Sheet no. __8__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,347.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
         **Mylene Masiclat**
_____,
                                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Carlos Soltes 9154 Leicester Way Roscoe, IL 61073 | | J | | | | | 0.00 |
| Account No. | | | Personal Guarantor for Freedom Bank | | | | |
| CBeyond Communications, LLC 320 Interstate North Parkway Suite 300 Atlanta, GA 30339 | | H | | | | | 1,062.03 |
| Account No. | | | Additional Notice Sent To: CBeyond Communications, LLC | | | | |
| CBeyond 1520 Kensington Road, Suite 300 Oak Brook, IL 60523 | | | | | | | Notice Only |
| Account No. | | | Notice Only | | | | |
| Celina Ramirez-Manlapid 1563 Matthew Drive Algonquin, IL 60102 | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Cenizar Mendoza 2108 Oxford Street Rockford, IL 61103 | | J | | | | | 0.00 |

Sheet no. __9___ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,062.03

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**  
　　**Mylene Masiclat**　　　　　　　　　　　　　　　　　　　Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Center for Medicare & Medicaid Services**<br>**2300 Springdale Drive**<br>**Camden, SC 29020** | | W | **Personal Guarantor for Sure Care Home Health Corp** | | | | 32,075.08 |
| Account No.<br><br>**Palmetto GBA, LLC**<br>**PO Box 100277**<br>**Columbia, SC 29202** | | | **Additional Notice Sent To: Center for Medicare & Medicaid Services** | | | | Notice Only |
| Account No. **xxxxxx0550**<br><br>**Champion Energy LLC**<br>**1500 Rankin Road**<br>**Suite 200**<br>**Houston, TX 77073** | | J | **Services** | | | | 154.19 |
| Account No. **xxxxxxxxxxx4600**<br><br>**Chase**<br>**201 N. Walnut St//De1-1027**<br>**Wilmington, DE 19801** | | H | **Opened 9/01/03 Last Active 8/27/14 Credit Card** | | | | 5,691.00 |
| Account No.<br><br>**Chase ***<br>**ATTN: Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | | **Additional Notice Sent To: Chase** | | | | Notice Only |

Sheet no. __10__ of __41__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　 37,920.27  
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
        **Mylene Masiclat**                                                  Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8097** | | | Opened 12/01/04  Last Active  7/16/13 Credit Card | | | | |
| **Chase ***<br>**ATTN:  Bankruptcy Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | J | | | | | 12,171.00 |
| Account No. | | | Additional Notice Sent To: | | | | |
| **Chase ***<br>**3415 Vision Drive**<br>**Mail Code OH4-7142**<br>**Columbus, OH 43219** | | | Chase * | | | | Notice Only |
| Account No. | | | Notice Only | | | | |
| **Cherry Anne Agravanted**<br>**650 Dogleg Lane**<br>**Bartlett, IL 60103** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Christina Talusan**<br>**6912 Homestead Drive**<br>**McHenry, IL 60050** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Cielo Avila**<br>**4845 Pine Meadow Parkway**<br>**APT 2**<br>**Loves Park, IL 61111** | | J | | | | | 0.00 |

Sheet no. __11__ of __41__ sheets attached to Schedule of               Subtotal                  12,171.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**                                        Case No. _____
       **Mylene Masiclat**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5340**<br><br>**Citi Com Lending Group**<br>**Po Box 769004**<br>**San Antonio, TX 78245** | | W | **Opened 12/01/07  Last Active  8/12/14**<br>**Check Credit Or Line Of Credit**<br>**Personal Guarantor for**<br>**Sure Care Home Health Corp** | | | | 154,677.00 |
| Account No. **xxxxx0249**<br><br>**Citibank N.A.**<br>**Citicorp Credit Srvs/ Centralized Bk**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | W | **Opened  1/01/09  Last Active  9/04/13**<br>**Check Credit Or Line Of Credit** | | | | 100.00 |
| Account No.<br><br>**Citicorp Credit Services ***<br>**ATTN: Internal Recovery; Centralized Bk**<br>**P.O. Box 790034**<br>**Saint Louis, MO 63179-0034** | | | Additional Notice Sent To:<br>Citibank N.A. | | | | Notice Only |
| Account No. **xxxxx9018**<br><br>**Comed**<br>**Po Box 87522**<br>**Chicago, IL 60680** | | J | **Services** | | | | 90.43 |
| Account No.<br><br>**Corina Santos**<br>**316 Blue Spruce Lane**<br>**Glendale Heights, IL 60139** | | J | **Notice Only** | | | | 0.00 |

Sheet no. **12** of **41** sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **154,867.43**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**                                    Case No. _____
**Mylene Masiclat**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Cristina Talusan 6912 Homestead Drive McHenry, IL 60050 | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Dana Concepcion Montinola 310 Marshall Drive Des Plaines, IL 60016 | | J | | | | | 0.00 |
| Account No. xxxxxx9220 | | | Services | | | | |
| DCTR 6432 Weaver Road Rockford, IL 61114 | | J | | | | | 100.00 |
| Account No. xx9321 | | | Services | | | | |
| De Lage Landen 1111 Old Eagle School Road Wayne, PA 19087 | | J | | | | | 900.00 |
| Account No. xxxxxxxxxxxxxx2189 | | | Personal Guarantor for Freedom Banc | | | | |
| Dell Business Credit c/o DFS Customer Care Department PO Box 81577 Austin, TX 78708 | | J | | | | | 7,485.48 |

Sheet no. __13__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,485.48**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
**Mylene Masiclat**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dun & Bradstreet** <br> **505 8th Avenue, Suite 1805** <br> **New York, NY 10018** | | J | **Personal Guarantor for Sure Care Health Corp** | | | | **Unknown** |
| Account No. <br><br> **Editha Funtera** <br> **2747 N Rutherford Avenue** <br> **Elmwood Park, IL 60707** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Eloisa M Dabu** <br> **239 Woodside Drive** <br> **West Chicago, IL 60185** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Equifax Information Services, LLC** <br> **1550 Peachtree Street NW** <br> **Atlanta, GA 30309** | | - | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Eufemia Pattison** <br> **1208 West Lake Drive** <br> **Cary, IL 60013** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __14__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                      Case No. _____
            **Mylene Masiclat**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Eva Geronimo** **136 Lakeside Drive** **733** **Saint Charles, IL 60174** | | J | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Ewa Bosek** **10346 S Aspen Drive** **Palos Hills, IL 60465** | | J | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Experian Information Solutions, Inc.** **475 Anton Boulevard** **Costa Mesa, CA 92626** | | - | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Felicidad Eleazar** **1909 Gordon Avenue** **Rockford, IL 61103** | | J | | | | | | 0.00 |
| Account No. | | | | **Notice Only** | | | | |
| **Feliza Guntan** **1797 S Trainer Road** **Rockford, IL 61108** | | J | | | | | | 0.00 |

Sheet no. __**15**__ of __**41**__ sheets attached to Schedule of                                    Subtotal                          0.00
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**                                    Case No. _____
       **Mylene Masiclat**

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| **Fields Research** **3814 West Street** **Cincinnati, OH 45227** | | J | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Floresa Mitchell** **2011 Barnaby Drive** **Loves Park, IL 61111** | | J | | | | | 0.00 |
| Account No. | | | Medical | | | | |
| **Fox Valley Orthopedic Institute** **2525 Kaneville Road** **Geneva, IL 60134** | | J | | | | | 654.96 |
| Account No. | | | Medical | | | | |
| **Fox Valley Orthopedic Institute** **2525 Kaneville Road** **Geneva, IL 60134** | | W | | | | | 30.00 |
| Account No. **xxxxx3279** | | | Services | | | | |
| **FP Mailing Solutions** **140 N Mitchel Court** **Suite 200** **Addison, IL 60101** | | J | | | | | 1,197.00 |

Sheet no. __16__ of __41__ sheets attached to Schedule of                  Subtotal                       1,881.96
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
　　　　**Mylene Masiclat**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only Case No.: 2012 CH 4661 | | | | |
| **Freedman Anselmo Lindberg** **1771 W. Diehl, Suite 150** **PO Box 3228** **Naperville, IL 60566** | | J | | | | | **0.00** |
| Account No. xxxxxxxxxxxx9898 | | | Opened  8/01/05  Last Active 10/22/13 Credit Card | | | | |
| **GECRB/Sams Club** **Gecrb/Sams Club** **Po Box 103104** **Roswell, GA 30076** | | W | | | | | **397.00** |
| Account No. | | | | | | | |
| **GE Capital Retail Consumer Finance** **1600 Summer Street** **Fifth Floor** **Stamford, CT 06905** | | | Additional Notice Sent To: GECRB/Sams Club | | | | **Notice Only** |
| Account No. | | | | | | | |
| **GE Money Bank Care Card** **Po Box 960061** **Orlando, FL 32896** | | | Additional Notice Sent To: GECRB/Sams Club | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sams Club** **P.O. Box 981064** **El Paso, TX 79998** | | | Additional Notice Sent To: GECRB/Sams Club | | | | **Notice Only** |

Sheet no. __17__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　**397.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
    **Mylene Masiclat**
                             Case No. _____

                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sams Club**<br>**Attn. Bankruptcy**<br>**PO Box 105968**<br>**Atlanta, GA 30353** | | | Additional Notice Sent To:<br>GECRB/Sams Club | | | | **Notice Only** |
| Account No.<br><br>**George Adjekum**<br>**3022 Countryside Drive**<br>**Belvidere, IL 61008** | | J | Notice Only | | | | **0.00** |
| Account No.<br><br>**Glatfelter Healthcare Practice**<br>**183 Leader Heights Road**<br>**PO Box 2726**<br>**York, PA 17405** | | J | Collection Agency<br>Bliss Marc International | | | | **4,911.00** |
| Account No.<br><br>**Bliss marc International**<br>**7905 Lyons Street**<br>**Morton Grove, IL 60053** | | | Additional Notice Sent To:<br>Glatfelter Healthcare Practice | | | | **Notice Only** |
| Account No.<br><br>**Glenda Corpuz**<br>**4635 Mackinac Street**<br>**Lake in the Hills, IL 60156** | | J | Notice Only | | | | **0.00** |

Sheet no. __18__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                          Subtotal
                (Total of this page)     **4,911.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
**Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GNS Properties**<br>**27979 Converse Road**<br>**Island Lake, IL 60042** | | J | **Persoanl Guarantor**<br>**for Christa Hospice and Palliative** | | | | **11,700.00** |
| Account No. **xxxx-xx-xxx4447**<br><br>**Greenberg, Grant, Richards Inc**<br>**PO Box 571811**<br>**Houston, TX 77257** | | W | **Collection Agency**<br>**WEX Fleet Universal** | | | | **7,407.36** |
| Account No.<br><br>**Gregory Alan Davis**<br>**934 N 10th Street**<br>**Rochelle, IL 61068** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Guardian Dental**<br>**Northeast Regional Office**<br>**PO Box 26050**<br>**Lehigh Valley, PA 18002** | | J | **Insurance** | | | | **464.99** |
| Account No.<br><br>**GB Collects LLC**<br>**145 Bradford Drive**<br>**West Berlin, NJ 08091** | | | **Additional Notice Sent To:**<br>**Guardian Dental** | | | | **Notice Only** |

Sheet no. __**19**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,572.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
   **Mylene Masiclat**                                                    Case No. _____

                                              _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Guardian**<br>**PO Box 2459**<br>**Spokane, WA 99210** | | | Additional Notice Sent To:<br>Guardian Dental | | | | **Notice Only** |
| Account No. **xxx0965**<br><br>**H Medical Billing & Coding Corp**<br>**110 Cayunga Court**<br>**Bloomingdale, IL 60108** | | J | Services | | | | **100.00** |
| Account No. **xxxxxxx-xxxx5409**<br><br>**Hinckley Springs**<br>**6750 Discovery Boulevard**<br>**Mableton, GA 30126** | | J | Services | | | | **11.47** |
| Account No. <br><br>**HSN**<br>**PO Box 9090**<br>**Clearwater, FL 33758** | | W | Charge Account | | | | **59.99** |
| Account No. **xxxxx6192**<br><br>**Ice Mountain Spring Water**<br>**18275 8 Mile Road**<br>**Stanwood, MI 49346** | | J | Services | | | | **18.48** |

Sheet no. __20__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **189.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
      **Mylene Masiclat**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | for Sure Care Home Health Corp | | | | |
| **Illinois Dept of Employment Security** **33 S. State Street** **10th Floor** **Chicago, IL 60603** | | W | | | | | **10,264.30** |
| Account No. | | | | | | | |
| **Illinois Dept of Employment Security** **Harvey** **16845 South Halsted** **Harvey, IL 60426** | | | Additional Notice Sent To: Illinois Dept of Employment Security | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Illinois Dept. of Employment Security** **2444 W. Lawrence Avenue** **Chicago, IL 60625** | | | Additional Notice Sent To: Illinois Dept of Employment Security | | | | **Notice Only** |
| Account No. **xE 870** | | | Services | | | | |
| **Image Systems & Business Solutions** **1776 Commerce Drive** **Elk Grove Village, IL 60007** | | J | | | | | **294.77** |
| Account No. | | | Services | | | | |
| **Interline** **PO Box 26** **Lake Forest, IL 60045** | | J | | | | | **1,160.00** |

Sheet no. __**21**__ of __**41**__ sheets attached to Schedule of          Subtotal          **11,719.07**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
      **Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Services | | | | |
| **IQN Physical Therapy Services** **1934 Norwich Lane** **Bolingbrook, IL 60490** | | J | | | | | | | **1,295.00** |
| Account No. | | | | | Notice Only | | | | |
| **Jeanette Johnson** **5679 Vesper Drive** **South Beloit, IL 61080** | | J | | | | | | | **0.00** |
| Account No. | | | | | Notice Only | | | | |
| **Jennifer Truitt** **3747 W Route 64** **APT 6** **Mount Morris, IL 61054** | | J | | | | | | | **0.00** |
| Account No. | | | | | Notice Only | | | | |
| **Jeremy Rhoads** **75 Kristin Circle** **APT 217** **Schaumburg, IL 60195** | | J | | | | | | | **0.00** |
| Account No. | | | | | Notice Only | | | | |
| **Jessie Espere** **1460 Livingstone Drive** **Rockford, IL 61107** | | J | | | | | | | **0.00** |

Sheet no. __22__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,295.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
     **Mylene Masiclat**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Joan Pelaez 2547 Boardwalk Boulevard Apt C Hoffman Estates, IL 60169 | | J | | Notice Only | | | | 0.00 |
| Account No. Joann Long 2358 Jonquil Place Rockford, IL 61107 | | J | | Notice Only | | | | 0.00 |
| Account No. Joseph, Mann & Creed 20600 Chagrin Boulevard Suite 550 Beachwood, OH 44122 | | J | | Collection Agency Deluxe Corporation | | | | 803.40 |
| Account No. Deluxe Corporation 1600 East Touhy Avenue Des Plaines, IL 60018 | | | | Additional Notice Sent To: Joseph, Mann & Creed | | | | Notice Only |
| Account No. Judith Padua 348 Karls Court Rockford, IL 61107 | | J | | Notice Only | | | | 0.00 |

Sheet no. __23__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **803.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
      **Mylene Masiclat**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Justiano Valeroso**<br>**165 Horizon Circle**<br>**Carol Stream, IL 60188** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Karlo Mark Corsino**<br>**7082 Sue Court**<br>**APT 2**<br>**Loves Park, IL 61111** | | J | **Notice Only** | | | | **0.00** |
| Account No. **x1795**<br><br>**Kinnser**<br>**2600 Via Fortuna Drive**<br>**Suite 150**<br>**Austin, TX 78746** | | J | **Services** | | | | **2,337.50** |
| Account No. **xxxxxxxxxxxx6089**<br><br>**Kohls Credit**<br>**Po Box 3115**<br>**Milwaukee, WI 53201** | | W | **Opened 10/01/96  Last Active  5/08/14**<br>**Charge Account** | | | | **785.00** |
| Account No.<br><br>**Capital One N.A.**<br>**1 S. Orange Street**<br>**Wilmington, DE 19801** | | | **Additional Notice Sent To:**<br>**Kohls Credit** | | | | **Notice Only** |

Sheet no. __24__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,122.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
        **Mylene Masiclat**                                                 Case No. _____

_____ ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Capital One, N.A. \*** **c/o American Infosource** **P.O Box 54529** **Oklahoma City, OK 73154** | | | Additional Notice Sent To: **Kohls Credit** | | | | **Notice Only** |
| Account No. **Capital One, N.A.\*** **1680 Capital One Drive** **Mc Lean, VA 22102** | | | Additional Notice Sent To: **Kohls Credit** | | | | **Notice Only** |
| Account No. **Kohl's** **PO Box 2983** **Milwaukee, WI 53201** | | | Additional Notice Sent To: **Kohls Credit** | | | | **Notice Only** |
| Account No. **Kohl's** **PO Box 2983** **Milwaukee, WI 53201** | | | Additional Notice Sent To: **Kohls Credit** | | | | **Notice Only** |
| Account No. **Kohl's Credit \*** **N56 W17000 Ridgewood Drive** **Menomonee Falls, WI 53051** | | | Additional Notice Sent To: **Kohls Credit** | | | | **Notice Only** |

Sheet no. __25__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
**Mylene Masiclat**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0645**<br><br>**Kroll Factual Data**<br>**5200 Hahns Peak Drive**<br>**Loveland, CO 80538** | | J | **Personal Guarantor**<br>**for Freedom Banc Home Mortgage** | | | | **1,325.06** |
| Account No.<br><br>**Bonded Business Services, Ltd.**<br>**5757 Central Avenue, #205**<br>**Boulder, CO 80301** | | | **Additional Notice Sent To:**<br>**Kroll Factual Data** | | | | **Notice Only** |
| Account No. **xxx7001**<br><br>**Lavelle Law**<br>**501 West Colfax Street**<br>**Palatine, IL 60067** | | J | **Services** | | | | **37.82** |
| Account No.<br><br>**Leonard Langtiw**<br>**2704 W Catalpa Avenue**<br>**Chicago, IL 60625** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Lino Agpoon**<br>**898 S. Rand Road**<br>**APT4**<br>**Lake Zurich, IL 60047** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __26__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,362.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
    **Mylene Masiclat**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lorna Asuncion** <br> **1S120 Radford Lane** <br> **Villa Park, IL 60181** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Lourdes S. Lloberra** <br> **392 Hilton Drive** <br> **Glendale Heights, IL 60139** | | J | **Notice Only** | | | | **0.00** |
| Account No. xxxxxxxxx1520 <br><br> **Macy's Inc.** <br> **9111 Duke Boulevard** <br> **Mason, OH 45040** | | W | Opened  9/01/08  Last Active  1/21/14 <br> Charge Account | | | | **1,013.00** |
| Account No. <br><br> **Macy's** <br> **Po Box 183083** <br> **Columbus, OH 43218** | | | **Additional Notice Sent To:** <br> Macy's Inc. | | | | **Notice Only** |
| Account No. <br><br> **Maria Isip** <br> **980 Longford Road** <br> **Bartlett, IL 60103** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __27__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,013.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
     **Mylene Masiclat**                                 Case No. _____

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Maria Tuscano** **810 Blue Ridge Drive** **Streamwood, IL 60107** | | J | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Maribeth Ophrecio** **28 Joshua Court** **Barrington, IL 60010** | | J | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Marie Rochelle Wauna** **15723 Springfiel Avenue** **Markham, IL 60428** | | J | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Marilou Roxas** **3208 St Michael Lane** **Saint Charles, IL 60175** | | J | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Marissa Manuntag** **1325 Jonathan Avenue** **Rockford, IL 61102** | | J | | | | | **0.00** |

Sheet no. \_\_**28**\_\_ of \_\_**41**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
              (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
     **Mylene Masiclat**
                                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Marita Baula** **3230 Johnsbury Court** **Aurora, IL 60504** | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Mark Murdock** **PO Box 6** **Valparaiso, IN 46384** | | J | | | | | | 0.00 |
| Account No. xxx4458 | | | | Services | | | | |
| **Marlin Business Bank** **PO Box 13604** **Philadelphia, PA 19101** | | J | | | | | | 539.53 |
| Account No. | | | | Notice Only | | | | |
| **Mary Joy Cabana** **42 Harrison Lane** **Streamwood, IL 60107** | | J | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Marylin Hendricks** **36 Woodland Avenue** **Fox Lake, IL 60020** | | J | | | | | | 0.00 |

Sheet no. __29__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

539.53

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence T. Masiclat,**
　　　**Mylene Masiclat**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **May Nueva** **3011 Shenandoah Drive** **Carpentersville, IL 60110** | | J | | | | | |
| | | | | | | | **0.00** |
| Account No. **xxx6006** | | | Services | | | | |
| **Medical Arts** **PO Box 37647** **Philadelphia, PA 19101** | | J | | | | | |
| | | | | | | | **289.31** |
| Account No. | | | Services | | | | |
| **Medical Mega** **183 Wilson Street** **Brooklyn, NY 11211** | | J | | | | | |
| | | | | | | | **124.00** |
| Account No. | | | Notice Only | | | | |
| **Medilyn Leynes** **20 Kenilworth Avenue** **Romeoville, IL 60446** | | J | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Moshe Bantasan** **370 Florian Drive** **Des Plaines, IL 60016** | | J | | | | | |
| | | | | | | | **0.00** |

Sheet no. __30__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**413.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
       **Mylene Masiclat**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection for Cadence Health | | | | |
| **Nationwide Credit & Collection, Inc.\*** **815 Commerce Drive** **Suite 270** **Oak Brook, IL 60523** | | J | | | | | **183.41** |
| Account No. | | | | | | | |
| **Cadence Health** **27W353 Jewell Road** **Winfield, IL 60190** | | | **Additional Notice Sent To:** **Nationwide Credit & Collection, Inc.\*** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Cadence Health** **25 North Winfield Road** **Winfield, IL 60190** | | | **Additional Notice Sent To:** **Nationwide Credit & Collection, Inc.\*** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Cadence Health** **25960 Network Place** **Chicago, IL 60673** | | | **Additional Notice Sent To:** **Nationwide Credit & Collection, Inc.\*** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Nationwide Credit & Collection Inc** **PO Box 3159** **Oak Brook, IL 60522** | | | **Additional Notice Sent To:** **Nationwide Credit & Collection, Inc.\*** | | | | **Notice Only** |

Sheet no. __31__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**183.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
**Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**PO Box 26314**<br>**Lehigh Valley, PA 18002** | | H | Collection for American Express | | | | 4,281.03 |
| Account No.<br><br>**Necole Ericka Littlejohn**<br>**111 N Calvin Park Boulevard**<br>**Rockford, IL 61107** | | J | Notice Only | | | | 0.00 |
| Account No.<br><br>**Nickolau, Michaels & Evans**<br>**7503 W. 56th Street**<br>**Summit, IL 60501** | | J | Collection Agency<br>Maxicare Therapy Services | | | | 24,811.00 |
| Account No. **xx-xx-xx-x067 4**<br><br>**NICOR Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197** | | J | Services | | | | 176.41 |
| Account No.<br><br>**NK Healthy Concepts**<br>**2133 S Wolf Road**<br>**Des Plaines, IL 60018** | | J | Services | | | | 3,460.00 |

Sheet no. __32__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,728.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
        **Mylene Masiclat**                                              Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6042**<br><br>**Nordstrom FSB**<br>**8502 East Princess Drive**<br>**Scottsdale, AZ 85255** | | J | **Opened 12/01/08  Last Active  7/08/14**<br>**Credit Card** | | | | 10,850.00 |
| Account No.<br><br>**Nordstrom FSB**<br>**PO Box 79134**<br>**Phoenix, AZ 85062-9134** | | | Additional Notice Sent To:<br>Nordstrom FSB | | | | Notice Only |
| Account No.<br><br>**Nordstroms**<br>**10 OakBrook Center**<br>**Oak Brook, IL 60523** | | | Additional Notice Sent To:<br>Nordstrom FSB | | | | Notice Only |
| Account No.<br><br>**Oluwakemi Adeniyi**<br>**2613 Ross Street**<br>**Hampshire, IL 60140** | | J | **Notice Only** | | | | 0.00 |
| Account No. **xxx x9293**<br><br>**Paper Recovery Service Corporation**<br>**7972 Crest Hills Drive**<br>**Loves Park, IL 61111** | | J | **Services** | | | | 40.00 |

Sheet no. __33__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,890.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**
       **Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| **Phillip Manzano** **16649 Jean Lane** **Oak Forest, IL 60452** | | J | | | | | | 0.00 |
| Account No. | | | | Case No.: 2012 CH 21684 Case No.: 2012 CH 23982 | | | | |
| **Pierce & Associates** **1 North Dearborn** **Ste 1300** **Chicago, IL 60602** | | - | | | | | | 0.00 |
| Account No. xxxx-xxxx-xxx8-391 | | | | Services | | | | |
| **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956** | | J | | | | | | 398.95 |
| Account No. xxx5296 | | | | Services | | | | |
| **Quill Corp** **PO Box 37600** **Philadelphia, PA 19101** | | J | | | | | | 310.04 |
| Account No. | | | | Notice Only | | | | |
| **Raffy Rivera** **8613 N. Milwaukee Avenue** **APT 2w** **Niles, IL 60714** | | J | | | | | | 0.00 |

Sheet no. __34__ of __41__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**708.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
    **Mylene Masiclat**
    _____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. | | J | | Business Debt | | | | |
| **Raiz Law Group** **1260 Iroquois #104** **Naperville, IL 60563** | | | | | | | | **35,000.00** |
| Account No. **xxxxxx280-Q** | | J | | Colection Agency | | | | |
| **Receivable Management Services** **1250 E. Diehl Road** **Naperville, IL 60563** | | | | | | | | **341.04** |
| Account No. **757** | | J | | Collection Agency **Lynn Medical** | | | | |
| **Richard James and Associates** **4317 NE Thurston Way** **Suite 270** **Vancouver, WA 98662** | | | | | | | | **789.00** |
| Account No. | | | | Additional Notice Sent To: **Richard James and Associates** | | | | **Notice Only** |
| **Lynn Medical** **PO Box 930459** **Wixom, MI 48393** | | | | | | | | |
| Account No. | | H | | Collection for  Cbeyond **Personal Guarantor** **for Freedom Banc** | | | | |
| **Richard T Avis Attorney & Associates LLC** **PO Box 1008** **Arlington Heights, IL 60006** | | | | | | | | **1,395.62** |

Sheet no. __35__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,525.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                              Case No. _____
         **Mylene Masiclat**
                                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Rizalyn Andres** 720 Arnold Avenue Rockford, IL 61108 | | J | Notice Only | | | | 0.00 |
| Account No. **Rosalina Reed** 497 Gregory Avenue Apt 3C Glendale Heights, IL 60139 | | J | Notice Only | | | | 0.00 |
| Account No. **xxxxxx8082** **Roscoe** 3535 West Harrison Street Chicago, IL 60624 | | J | Services | | | | 92.48 |
| Account No. **Samantha Swanson** 201 E. Willow Street Forreston, IL 61030 | | J | Notice Only | | | | 0.00 |
| Account No. **Samantha Williams** 208 W 2nd Street Leaf River, IL 61047 | | J | Notice Only | | | | 0.00 |

Sheet no. __36__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                92.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**
      **Mylene Masiclat**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sams Club** <br>P.O. Box 981064 <br>El Paso, TX 79998 | | J | **Charge Account** | | | | 352.00 |
| Account No. <br><br>**Sams Club** <br>**Attn. Bankruptcy** <br>PO Box 105968 <br>Atlanta, GA 30353 | | | Additional Notice Sent To: <br>Sams Club | | | | Notice Only |
| Account No. <br><br>**Synchrony** <br>PO Box 530970 <br>Atlanta, GA 30353 | | | Additional Notice Sent To: <br>Sams Club | | | | Notice Only |
| Account No. <br><br>**Synchrony Bank** <br>PO Box 530916 <br>Atlanta, GA 30353 | | | Additional Notice Sent To: <br>Sams Club | | | | Notice Only |
| Account No. <br><br>**Sarah Jane Reyes** <br>2323 Vineyard Court <br>Elgin, IL 60123 | | J | **Notice Only** | | | | 0.00 |

Sheet no. __37__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**352.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**                                          Case No. _____
       **Mylene Masiclat**

_____,
                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8593**<br><br>**Shred It<br>11101 Franklin Avenue<br>Suite 100<br>Franklin Park, IL 60131** | | J | **Services** | | | | **371.32** |
| Account No. **xxxxxx4292**<br><br>**Specialized Loan Servicing<br>Attn: Bankruptcy<br>8742 Lucent Blvd.  Suite 300<br>Highlands Ranch, CO 80129** | | W | **Opened  8/01/06  Last Active  1/13/12<br>Estimated deficiency due to foreclosure Sale<br>1323 Petersburg Court, Carol Stream, Illinois<br>60188<br>PIN#: 01-23-209-071<br>Property Sold in Sheriff Sale** | | | | **22,769.00** |
| Account No.<br><br>**Specialized Loan Servicing<br>8742 Lucent Boulevard, Suite 300<br>Highlands Ranch, CO 80129** | | | **Additional Notice Sent To:<br>Specialized Loan Servicing** | | | | **Notice Only** |
| Account No.<br><br>**State of Illinois: Department of Revenue<br>PO Box 19006<br>Springfield, IL 62794** | | J | **2011 Tax Year<br>for Sure Care Home Health Corp** | | | | **4,620.92** |
| Account No.<br><br>**Susan Dulaca<br>888 Tipperary Street<br>Gilberts, IL 60136** | | J | **Notice Only** | | | | **0.00** |

Sheet no. __**38**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                (Total of this page)                **27,761.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence T. Masiclat,**
　　　　**Mylene Masiclat**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4367<br><br>**Synchrony / Lord & Taylor**<br>Po Box 965015<br>Orlando, FL 32896 | | W | **Opened 3/01/01 Last Active 5/13/14**<br>**Charge Account** | | | | 557.00 |
| Account No.<br><br>**Lord & Taylor**<br>PO Box 960035<br>Orlando, FL 32896 | | | **Additional Notice Sent To:**<br>**Synchrony / Lord & Taylor** | | | | Notice Only |
| Account No.<br><br>**Synchrony Bank**<br>PO Box 530916<br>Atlanta, GA 30353 | | | **Additional Notice Sent To:**<br>**Synchrony / Lord & Taylor** | | | | Notice Only |
| Account No. xxxxx5749<br><br>**T-Mobile**<br>12929 SE 38th Street<br>Bellevue, WA 98006 | | J | **Services** | | | | 825.77 |
| Account No. xxxxx0717<br><br>**T-Mobile**<br>12929 SE 38th Street<br>Bellevue, WA 98006 | | J | **Services** | | | | 485.31 |

Sheet no. __39__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,868.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence T. Masiclat,**                                                    Case No. _____
        **Mylene Masiclat**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Notice Only** | | | | |
| **Tameka Kelly** **2813 W. Washington Boulevard** **Chicago, IL 60612** | | J | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Teresa Adriano** **639 Willow Street** **Elburn, IL 60119** | | J | | | | | **0.00** |
| Account No. **8790** | | | **Services** | | | | |
| **The Ogle County Life** **311 Washinton Street** **PO Box 378** **Oregon, IL 61061** | | J | | | | | **128.72** |
| Account No. | | | **Services** | | | | |
| **Therapeutics Services of America** **2625 Butterfield Road** **Suite 300** **Oak Brook, IL 60523** | | J | | | | | **2,375.00** |
| Account No. | | | **Services** | | | | |
| **TNR Staffing** **150 Harvester Drive, Suite 105** **Burr Ridge, IL 60527** | | J | | | | | **9,056.00** |

Sheet no. __**40**__ of __**41**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,559.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence T. Masiclat,**  Case No. _____
       **Mylene Masiclat**

_____,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Trans Union LLC** <br> **1561 E. Orangethorpe Avenue** <br> **Fullerton, CA 92831** | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Trevor Childs** <br> **951 Par Drive** <br> **Algonquin, IL 60102** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Victoria Souza** <br> **1861 Gregory Avenue** <br> **Glendale Heights, IL 60139** | | J | **Notice Only** | | | | 0.00 |
| Account No. <br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __41__ of __41__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Total
(Report on Summary of Schedules)          **499,266.82**

B6G (Official Form 6G) (12/07)

.

In re    **Lawrence T. Masiclat,**                                              Case No. _____

       **Mylene Masiclat**

_____,

                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Constance Duke**<br>**222 N. Columbus Drive #3204**<br>**Chicago, IL 60601** | **Residential Lease**<br>**Montly Payment: $1,200.00**<br>**August 2014 - July 2015** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      **Lawrence T. Masiclat,**                                                        Case No. _____
           **Mylene Masiclat**

_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Lawrence T. Masiclat** |
| Debtor 2 (Spouse, if filing) | **Mylene Masiclat** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status*** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Administrator** | **Unemployed** |
| | Employer's name | **Precious Life Home Health, LLC** | |
| | Employer's address | **290 Town Center Lane Glendale Heights, IL 60139** | |
| | How long employed there? | **6 Months** | |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **7,916.68** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **7,916.68** | $ **0.00** |

Debtor 1   **Lawrence T. Masiclat**
Debtor 2   **Mylene Masiclat**                                                Case number *(if known)* _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|

**Copy line 4 here** ................................................... 4.  $ **7,916.68**   $ **0.00**

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ **2,013.96** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. $ **0.00** | $ **0.00** |
| 5h. | **Other deductions. Specify:** _____ | 5h.+ $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ **2,013.96**   $ **0.00**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ **5,902.72**   $ **0.00**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ **1,200.00**   $ **0.00**

8b. **Interest and dividends**   8b. $ **0.00**   $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ **0.00**   $ **0.00**

8d. **Unemployment compensation**   8d. $ **0.00**   $ **0.00**

8e. **Social Security**   8e. $ **0.00**   $ **0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ **0.00**   $ **0.00**

8g. **Pension or retirement income**   8g. $ **0.00**   $ **0.00**

8h. **Other monthly income. Specify:** _____   8h.+ $ **0.00** +   $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ **1,200.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **7,102.72** + $ **0.00** = $ **7,102.72**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ **7,102.72**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **Last Closing Debtor had through busines was in December 2013.**

Debtor 1   **Lawrence T. Masiclat**
Debtor 2   **Mylene Masiclat**

Case number (*if known*) _____

# Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Managing Broker** |
| Name of Employer | **Freedom Banc Reality, LTD.** |
| How long employed | |
| Address of Employer | **290 Town Center Lane**<br>**Glendale Heights, IL 60139** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Lawrence T. Masiclat** |
| Debtor 2<br>(Spouse, if filing) | **Mylene Masiclat** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                    12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　■ No

    　　☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and     ■ Yes.    Fill out this information for
    Debtor 2.                               each dependent..............

    Do not state the
    dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | **Son** | **12** | ☐ No<br>■ Yes |
    | **Daughter** | **18** | ☐ No<br>■ Yes |
    | | | ☐ No<br>☐ Yes |
    | | | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **2,672.95**

    **If not included in line 4:**

    | | | | |
    |---|---|---|---|
    | 4a. | Real estate taxes | 4a. $ | **0.00** |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **173.95** |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **50.00** |
    | 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
    | 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **952.17** |

Debtor 1    **Lawrence T. Masiclat**
Debtor 2    **Mylene Masiclat**                                      Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 228.13 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 34.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 292.94 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 780.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 1,709.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 275.00 |
| 10. | **Personal care products and services** | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 330.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 399.20 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 603.95 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 381.73 |
| | 17c. Other. Specify:  **Association: 222 N. Columbus Drive #3204** | 17c. $ | 426.66 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 9,934.68 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 7,102.72 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 9,934.68 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -2,831.96 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain: [                                                                          ]

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lawrence T. Masiclat**
**Mylene Masiclat**

Case No. _____

Chapter  **7**

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **63**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 28, 2015**

Signature  **/s/ Lawrence T. Masiclat**
**Lawrence T. Masiclat**
Debtor

Date  **January 28, 2015**

Signature  **/s/ Mylene Masiclat**
**Mylene Masiclat**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lawrence T. Masiclat**
      **Mylene Masiclat**
                                     Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,192.35** | **2014 YTD Gross Income (Debtor)**<br>**Per Pay Advices** |
| **$4,575.59** | **2014 YTD Business Income (Debtor)**<br>**Per Profit and Loss** |
| **$40,119.30** | **2014 YTD Gross Income (Non-Filing Spouse)**<br>**Per Pay Advices** |
| **$171,602.00** | **2013 Gross Income (Joint)**<br>**Per Tax Returns** |
| **$190,483.00** | **2012 Gross Income (Joint)**<br>**Per Tax Returns** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $44,160.00 | **2014 YTD Gross Rental Income (Joint)** <br> **Per Debtor** |
| $14,035.52 | **2014 YTD Gross Unemployment Compensation (Non-Filing Spouse)** <br> **Per Debtor** |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˙.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Association v. Masiclat Lawrence et. al. Case No.: 20112 CH 21684** | **Foreclosure** | **Cook County Circuit Court, Illinois** | **Pending** |

˙ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deutsche Bank National**<br>**v.**<br>**Masiclat Lawrence T. et. al.**<br>**Case No.:  2013 CH 23982** | **Foreclosure** | **Cook County Circuit Court, Illinois** | **Pending** |
| **Deutsche Bank**<br>**v.**<br>**Mylene Masiclat et. al.**<br>**Case No.: 2012 CH 4661** | **Foreclosure** | **Dupage County Circuit Court, Illinois** | **Judgment** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deutsche Bank National Trust Company**<br>**1761 East Street Andrew Place**<br>**Santa Ana, CA 92705** | **June 2014** | **1323 Petersburg Court, Carol Stream, Illinois 60188**<br>**PIN#: 01-23-209-071**<br>**Property Sold in Sheriff Sale** |

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sulaiman Law Group LTD**<br>**900 Jorie Blvd**<br>**Ste 150**<br>**Oak Brook, IL 60523** | **7/16/2014 - 12/17/2014** | **$9085.00 - Attorney fees**<br>**$335.00 - Costs (filing fee, credit report, credit counseling classes)** |

### 10. Other transfers

**None**
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Szosima Victelles**<br>**1915 East Clair Lane**<br>**Hanover Park, IL 60133**<br>  **Friend** | **Oct. 2013** | **Debtor withdrew $75,000.00 ($30,000.00 form each of his children's savings accounts as well as $15,000.00 from his own account) and lent the money to his friend as a short-term loan with no interest.  In May 2014 the friend returned the money and the Debtor put $26,000.00 into VULA life insurance accounts for his children.  Debtor lent $14,000.00 to Precious Life Home Health. Debtor used $5,000.00 to wrap-up business expenses with Freedom Banc Home Mortgage Corporation.** |
| **Unknown Buyer**<br>  **Buyer** | **June 2014** | **1323 Petersburg Court, Carol Stream, Illinois 60188**<br>**PIN#: 01-23-209-071**<br>**Property Sold in Sheriff Sale**<br>**Debtor's Recieved No Value** |
| **Kristamae Therese Masiclat**<br>**5721 Caribou Lane**<br>**Hoffman Estates, IL 60192**<br>  **Daughter** | **May 2014** | **Co-Debtor and Sure Care Home Services, Inc. transferred title to a 2006 Lexus GX470 with 100,000 Miles to Kristamae Therese Masiclat as Repayment for Work Done** |

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Jarenz Miah Masiclat** **5721 Caribou Lane** **Hoffman Estates, IL 60192** | **BMO Harris Bank, N.A. Savings Account** **$3,400.00** **Custodial Account** | **BMO Harris Bank, N.A.** |
| **Kristamae Therese Masiclat** **5721 Caribou Lane** **Hoffman Estates, IL 60192** | **BMO Harris Bank, N.A. Savings Account** **$7,000.00** **Custodial Account** | **BMO Harris Bank, N.A.** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■   or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■   Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Freedom Banc Home Mortgage** | | **290 Town Center Lane Glendale Heights, IL 60139** | **Mortgage Brokerage** | **12/2002 - 8/14/2014 Dissolved** |
| **Freedom Banc Realty** | | **290 Town Center Lane Glendale Heights, IL 60139** | **Real Estate** | **2005 - Present** |

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sure Care Home Services, Inc.** | | **dba Above and Beyong Network Home Care Services 1155N Main Street Glendale Heights Glendale Heights, IL 60139** | **Care Services 33% Interest** | **2006 - Present** |
| **Sure Care Home Health Corp** | | **1155N Main Street Glendale Heights, IL 60139** | **Care Providers** | **2004 - 10/30/2014 Dissolved** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

B7 (Official Form 7) (04/13)
8

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Zosima Victulles**<br>**1155N Main Street**<br>**Glendale Heights, IL 60139** | **Sure Care Home Health Care Corp (dissolved as of 10/2014) & Sure Care Home Services, Inc** | **33% Interest of each** |
| **Maribeth Ophrecio**<br>**28 Joshua Court**<br>**Barrington, IL 60010** | **Sure Care Home Health Care Corp (dissolved as of 10/2014) & Sure Care Home Services, Inc** | **33% Interest on each** |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Caring Heart Hospice and Palliative Care**<br>**5721 Caribou Lane**<br>**Hoffman Estates, IL 60192** | **Debtor is President** | **50% Interest**<br>**Awaiting Certification** |
| **Christa Hospice & Palliative Care Corp**<br>**1915 Saint Clair Lane**<br>**Hanover Park, IL 60133** | **Owner** | **33% Interest**<br>**Awaiting Certification** |
| **Sure Care Home Health Corp**<br>**1155N Main Street**<br>**Glendale Heights, IL 60139** | **President** | **33% Interest** |
| **Sure Care Home Services, Inc.**<br>**1155N Main Street Glendale Heights**<br>**Glendale Heights, IL 60139** | **President** | **33% Interest** |

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **January 28, 2015**                    Signature   **/s/ Lawrence T. Masiclat**
                                                            **Lawrence T. Masiclat**
                                                            Debtor

Date   **January 28, 2015**                    Signature   **/s/ Mylene Masiclat**
                                                            **Mylene Masiclat**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lawrence T. Masiclat**
**Mylene Masiclat**

Case No. _____

Debtor(s)

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Chartered Bank** | **Describe Property Securing Debt:**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps**<br>**PIN#: 06-08-406-018-0000** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Retain and Maintain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Americas Servicing Company** | **Describe Property Securing Debt:**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps**<br>**PIN#: 06-08-406-018-0000** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Retain and Maintain**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chrysler Capital** | **Describe Property Securing Debt:**<br>**2014 Jeep Wrangler-Unlimited with 16,000 Miles**<br>**Value Per KBB, PPV** |

Property will be (check one):

☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                  ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage, Inc.** | **Describe Property Securing Debt:**<br>**5721 Caribou Lane**<br>**Hoffman Estates, Illinois 60192**<br>**Single Family Dwelling**<br>**Purchased in September 2002 (Purchase Price $407,500.00)**<br>**Value Per Comps**<br>**PIN#: 06-08-406-018-0000** |

Property will be (check one):

☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain __**Retain and Maintain**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                  ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                              Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**D.K. Condo Association** | **Describe Property Securing Debt:**<br>**222 N. Columbus Drive, Unit #3204**<br>**Chicago, Illinois 60601**<br>**Condominium**<br>**Purchased in January 2006 (Purchase Price $275,000.00)**<br>**Value Per CMA**<br>**PIN#: 17-10-316-033-1319** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __Retain and Maintain__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Nissan Motor Acceptance** | **Describe Property Securing Debt:**<br>**2011 Nissan Rogue with 48,000 Miles**<br>**Value Per KBB, PPV** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 4

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Twelve Oaks at Schaumburg** | **Describe Property Securing Debt:**<br>**80 Kristin Circle, Unit #8**<br>**Schaumburg, Illinois 60195**<br>**Condominium**<br>**Purchased in November 2006 (Purchase Price $270,000.00)**<br>**Value Per Comps**<br>**PIN#:  07-10-101-039-1132** |

Property will be (check one):

   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Union Bank of the Philippines** | **Describe Property Securing Debt:**<br>**Palawan Tower, Unit 9A, Metropolitan Park, Roxas Boulevard**<br>**Corner EDSA, Pasay City Philippines**<br>**Bay Garden Condominium**<br>**33.33% Interest with Zozima Victuelles, Hector Victuelles,**<br>**Maribeth Ophrecio, and Nelson Ophrecio**<br>**Value Per Comps** |

Property will be (check one):

   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                         Page 5

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**222 N. Columbus Drive, Unit #3204**<br>**Chicago, Illinois 60601**<br>**Condominium**<br>**Purchased in January 2006 (Purchase Price $275,000.00)**<br>**Value Per CMA**<br>**PIN#: 17-10-316-033-1319** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**80 Kristin Circle, Unit #8**<br>**Schaumburg, Illinois 60195**<br>**Condominium**<br>**Purchased in November 2006 (Purchase Price $270,000.00)**<br>**Value Per Comps**<br>**PIN#:  07-10-101-039-1132** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B8 (Form 8) (12/08)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **January 28, 2015**

Signature    **/s/ Lawrence T. Masiclat**

**Lawrence T. Masiclat**
Debtor

Date    **January 28, 2015**

Signature    **/s/ Mylene Masiclat**

**Mylene Masiclat**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re **Lawrence T. Masiclat**
**Mylene Masiclat**
_____   Case No. _____
Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **9,085.00** |
| Prior to the filing of this statement I have received | $ | **9,085.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 28, 2015**   /s/ Nathan Volheim
_____   **Nathan Volheim**
   **Sulaiman Law Group, Ltd.**
   **900 Jorie Boulevard**
   **Suite 150**
   **Oak Brook, IL 60523**
   **630-575-8181  Fax: 630-575-8188**
   **mbadwan@sulaimanlaw.com**

---

# SULAIMAN LAW GROUP, LTD
## ATTORNEY – CLIENT LEGAL SERVICES AGREEMENT

### OUR LAW FIRM IS A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE.

In consideration for services to be rendered to undersigned Clients Lawrence T. & Mylene Masiclat, 5721 Caribou Lane, Hoffman Estates, IL 60192 ("Client") by Sulaiman Law Group, LTD ("Attorney") located at 900 Jorie Blvd. Suite 150, Oak Brook, IL 60523, in connection with representing Client regarding bankruptcy matters, Client, jointly and severally agrees to pay Attorney as follows:

1.        An estimated amount of $9,420 is required to be paid for representation in Client bankruptcy case. At least $_____ is to be paid by Client before Attorney begins work on Client's petition. The remaining balance is due when Client's petition is filed.

A partial retainer of $_____ was paid on January 21, 2015 leaving a balance of $_____ due prior to the petition being filed. A retainer is an advance payment for Attorney services and the expenses Attorney may incur on Clients behalf and does cover the court filing fee. Attorney has agreed to pay all costs related to federal filing fees and credit counseling as part of the retainer. Client understands that such amount will be credited against any amount Client owes Attorney.

Client acknowledges that if any check given in payment to Attorney is returned for insufficient funds, Client agrees to immediately pay Attorney a $40.00 fee in addition to the amount of the returned check. This payment and any future payments must therefore be made in cash, money order or debit card.

Client acknowledges that any postage required for noticing motions related to the bankruptcy may be charged to Client, depending on the motion and the cost of postage.

Client acknowledges that there is a $250 fee in the event the Client fails to attend the 341 Creditor's Meeting without notifying the attorney 24 hours in advance.

Client acknowledges that failure to appear at two consecutive 341 Creditor's Meeting may result in the dismissal of the case.

Client has duty to provide Attorney with all documentation necessary for representation (paystubs, tax returns, completed general information intake, etc.) within 7 days of retention. By initialing below, Client acknowledges this duty:

Client Initial Here _____                    Client Initial Here _____

Client acknowledges there is a $250 fee if Client fails to provide Attorney within 60 days of retention all required documents (paystubs, tax returns, completed general information intake, etc.) for Attorney to draft Client's petition.

Client acknowledges that failure to make any payments on ANY SECURED debt may result in the repossession or foreclosure of real or personal property. Client acknowledges that payments on secured debts must still be paid if Client wishes to retain the property (car, home, etc.)

Client acknowledges that filing bankruptcy will sever personal liability of most debts incurred prior to filing of bankruptcy. Once a bankruptcy discharge is obtained, Client's credit report will

Client Initial Here _____                    Client Initial Here _____

not reflect timely payments made on debts prior to filing bankruptcy unless a reaffirmation agreement is entered into with the creditor.

Client acknowledges that a creditor is not obligated to enter into a reaffirmation agreement reaffirming the debt owed by Client. A reaffirmation agreement MUST be entered into bilaterally and CAN NOT be forced upon creditor or Client.

Client acknowledges there is a $275 fee for Attorney to execute up to 2 reaffirmation agreements on behalf of Client. In the event Client wishes to opt in for this service, the Attorney shall review the reaffirmation agreement and represent the Client at hearing if one is required. There shall be a $150 fee for any additional reaffirmation agreements.

Client acknowledges that Attorney cannot guarantee that a Chapter 7 will be successful and will use his best efforts in order to facilitate a successful Chapter 7 filing. Client acknowledges that passing the means test does not guarantee that Client will be able to file a successful Chapter 7.

Client acknowledges that the US Trustee has the right to dismiss a Chapter 7 case if it believes the case is abusive. In the event the US Trustee files a motion to dismiss for substantial abuse, Client has two options: 1) engage Attorney to defend against such a motion at a rate of $275/hr or convert to a Chapter 13. Client acknowledges that converting to a Chapter 13 will require a new retainer at a fee to be discussed by Attorney and Client. Client acknowledges that the fee for the Chapter 7 will not be credited toward the fee for a Chapter 13 filing.

This is a Classic Retainer, and Client acknowledges that all fees paid to Attorney are fees earned under said Classic Retainer. Attorney shall pay all fees associated as needed relating to all work contemplated herein by this representation. Unless stated otherwise, no fees shall be placed into any trust account. Client will not receive a refund of legal fees paid for any reason. In the event that the case is not filed with the bankruptcy court for any reason, the money tendered to Sulaiman Law Group will not be refunded to Client under any circumstances.

Client acknowledges the case will not be filed with the court unless all fees for a Chapter 7 are paid and Client has reviewed and signed off on their bankruptcy schedules.

Client acknowledges Attorney will use his best efforts to file Client's Bankruptcy Petition within 30-60 days of final payment AND complete documentation submission to Attorney's office.

Client hereby authorizes Attorney to obtain information about Client's assets, prior addresses, liens, judgments, prior bankruptcy filings, motor vehicle registrations, voter registration, and other public and non-public information that will be used to verify and ensure the completeness of the information Client provides Attorney.

Client acknowledges that a secured creditor, at its discretion, may choose to exercise its state/contractual rights as to the collateral in the event the Client does not reaffirm on the debt.

Client acknowledges that a secured creditor will not positively report payments to the major credit bureaus on a debt that has not been reaffirmed.

Client acknowledges that a creditor may enforce, at their discretion, any setoff provision in a contract previously entered into.

Client Initial Here _____        Client Initial Here _____

Client acknowledges that filing bankruptcy may be grounds for default of certain contractual obligations, and therefore, the loan may be accelerated and become due against the Client and/or co-signer. (Ex: Student loans)

Client acknowledges that there are inherent risks for filing a Chapter 7 bankruptcy, including the fact that property may be liquidated (sold) by the Chapter 7 Trustee to pay debts in some cases. Client also acknowledges that the 2005 amendments to the Bankruptcy Code are subject to different interpretations and that there are inherent risks in the how the Judges and Courts will apply various provisions. Examples include but are not limited to the calculation of income, how and when to liquidate assets or property, what exemptions apply to protect Client's property, whether property may be sold to satisfy domestic support obligations, and whether Client qualifies for a Chapter 7.

Client acknowledges that he/she has affirmative duty to notify Attorney of any sale date relating to any real property that is pending or is scheduled during representation. Client acknowledges that Attorney does not receive notice of any sale date relating to any real property from any third party. Client agrees to hold Attorney harmless in the event the case is filed after a sale date in which Client did not notify Attorney.

2.      Attorney reserves the right to withdraw from Client representation if, among other things, Client fails to honor the terms of this Agreement, including non-payment of Attorney and court filing fees; Client fails to cooperate or follow advice on a material matter, or if any fact or circumstance arises or is discovered that would render continuing representation unlawful or unethical. Client is aware of an ethical requirement imposed upon all Attorneys in this state. If a Client, in the course of representation by an Attorney, perpetrates a fraud upon any person or tribunal, the Attorney is obligated to call upon the Client to rectify the same. If the Client refuses or is unable to do so, the Attorney is required to reveal the fraud to the affected person or tribunal.

3.      Since the outcome of negotiations and litigation is subject to factors which cannot always be foreseen, Client acknowledges and understands that Attorney has made no promises or guarantees to Client concerning the outcome and is unable do so. Nothing in this Bankruptcy Retainer Agreement shall be construed as such a promise or guarantee. Attorney cannot guarantee that Client will qualify for a Chapter 7.

4.      Client agrees that Attorney may discard Client records after five (5) years of the completion of the Client's bankruptcy case.

5.      Attorney shall provide Client with the following services:

a.      Review and analyze Client's financial circumstances based on information provided by Client.

b.      If possible and to the extent possible, based on the information provided by Client, advise Client of the Client's options, including but not limited to bankruptcy options.

c.      Inform Client what information Client needs to provide Attorney in order to allow Attorney to provide appropriate advice and option information, in the event such information Client provided is insufficient.

Client Initial Here _____        Client Initial Here _____

Page 3 of 9

d. Advise Client of the appropriate requirements in connection with the filing of a Chapter 7 bankruptcy, including the duties of Client connected with such filing.

e. Quote the Client an estimated fee, to the extent possible given the information provided by Client, for the Attorney's service relative to providing bankruptcy assistance or other legal services to Client.

f. Assuming that a U.S. Bankruptcy proceeding is filed, Attorney services will include all typical Attorney required participation in such proceeding, including but not limited to, appearances at Court hearings, preparation of legal memoranda, and communication with opposing counsel and parties.

g. If Clients proceeding requires additional, but not customary work, Attorney will inform Client directly, and enter into a separate written contract for such services to fully apprise Client of the fees, payment requirements, and expected services to be provided.

6, Client acknowledges his/her obligation to make full and complete disclosure of all assets and all liabilities, and to provide all documents and information requested by the Attorney, before the bankruptcy petition can be prepared and filed with the court including but not limited to the following:

- Accurate and complete information for Client's bankruptcy petition, schedules, and statement of financial affairs.

- Disclosure of all lawsuits Client is involved in whether Client is a plaintiff or defendant, even if they haven't started in court yet.

- Disclosure of all transfers of property to friends or relatives within the past 4 years.

- Disclosure of all transfers of anything for less that it was worth within the past 4 years.

- Disclosure of all payments to creditors within 90 days before Client files their bankruptcy case.

- Disclosure of all payments made to friends or relatives on account of debts within the year before Client files bankruptcy case.

- Client decision to keep, surrender, or redeem (refinance) loans secured by real estate or personal property and indicate that on Client bankruptcy petition.

- Submission of most recent income tax return or tax transcript and Client's two most recent "pay advices" or "pay stubs" at the time of filing.

- Full cooperation with the bankruptcy trustee appointed to oversee Client's case.

- If Client's case is selected for audit, Client must cooperate with the auditor.

- Appearance at the "meeting of creditors" with the trustee appointed to oversee Client's case, which will happen within 30-40 days of filing. Failure to attend the meeting without notifying the attorney will result in a $250 fine.

Client Initial Here _____    Client Initial Here _____

900 JORIE BOULEVARD - SUITE 150 - OAK BROOK, ILLINOIS 60523 - TEL 630.575.8181  - FAX 630.575.8188

- Completion of any reaffirmation agreement within 45 days after the date first scheduled for Client's first meeting of creditors.

7.      In addition to the obligations and duties set forth in Paragraph 6; Client acknowledges that the following must be performed before eligibility for a Chapter 7 is determined:

## "MEANS TEST" ANALYSIS

**Before you can file a Chapter & case- and get a discharge of all your debts.**

Congress requires that Client prove that Chapter 7 case is not an "abuse" of the bankruptcy system. People who make less than the median income for their family- size are not presumed to be abusing the system by filing Chapter 7. Attorney will still have to examine Client's budget of income and expenses to see if Client's case might be considered to be an abuse. People who have disposable income are supposed to file Chapter 13 cases in most instances.

People earning more than the median income are presumed to be abusing the bankruptcy system by filing Chapter 7 unless they pass the "means test". To determine whether Client passes the "means test", Attorney will complete a detailed analysis.

In order for Attorney to determine whether Client is eligible to file a Chapter 7 case, Attorney has to analyze and evaluate Client's financial situation. And in order to do this, Attorney is required to perform a "means test analysis". To do this, Client must provide the following documents to Attorney:

- Pay stubs or payment advices from Client's salaried employment for the past six months.
  - ➢ If Client has not been employed during this period, Client must give Attorney employment records including payments of unemployment benefits.

  - ➢ If Client is self-employed, Client must give Attorney evidence of Client's gross income and any business expenses deducted from Client's gross income for the past six months.

  - ➢ We must have records from the six month period before your filing date. If we have to redo your means test because your filing is delayed, we will charge additional fees.

If you earn less than the median income for a family size, you "pass" the means test without the need for additional analysis. However, if you make more than the median income, you must provide additional information for us to determine if you are eligible to file a Chapter 7 case.

**Here is the data we absolutely need to perform the mandatory means test analysis as prescribed by Congress for those earning more than the median income.** Please have it ready if we request it. Client may want to check-off each item as Client gathers and send his records.

- Last 90 days of bills that Client received from creditors regardless whether paid or not.

- Last 90 days of bank statements and check registers

Client Initial Here _____          Client Initial Here _____

- Documents regarding any sale or transfer of any property within the last 2 years

- Documents regarding any transfer or payments to relatives within the last 2 years

- Income Tax Returns for the past 3 years

- Copies of motor vehicle certificates of title

- Copies of mortgages recorded against Client's real estate

- Copies of any listing contracts for Client's real estate

- Copies of any pension plan, IRA or other retirement accounts and data concerning any withdrawals within the past 6 months

- Copies of life insurance policies Client currently owns, practically with cash surrender value

- Copies of any pleadings for any lawsuit involving Client

- Copies of any financing documents for any refinancing or non-purchase money, second or third mortgage loans obtained within the last 3 years

- Copies of most recent bills on mortgages, auto loan, life and health insurance policies

- Records of actual medical expenses during the past six months

- Records of tuition for private or parochial school paid during the six months

- Records concerning charitable contributions given during the past six months

- Records concerning internet or telecommunication expenses during the past six months

- Records concerning child support or alimony support paid or received during the past six months

Please provide all this information to our office as soon as possible. Attorney cannot even begin to work on Client's bankruptcy petition, statement of financial affairs, or filing until we have completed the "means test analysis." That's because Attorney can't determine Client's bankruptcy eligibility until completion of the "means test".

Once Attorney has completed the means test, Client and Attorney want to get the case filed as soon as possible because the "means test" accounts for Client's situation during the most recent six months. If another month passes, the original means test analysis is no longer valid. Attorney will have to do it again taking into account Client's income and expenses for the most recent month.

In addition, Attorney can't file Client's bankruptcy petition until Client has paid Attorney in full under this Agreement. If Client is not paid in full then any balance owed to Attorney will be discharged in the bankruptcy and can potentially cause a conflict of interest since Attorney has become a creditor of the Clients.

Client Initial Here _____          Client Initial Here _____

Page 6 of 9

7.      Client acknowledges that passing the "means test" does not guarantee that Client will receive a discharge. Client acknowledges that the US Trustee can file a motion to dismiss even though Client has passed the means test if the US Trustee believes the case is abusive under the "totality of circumstances" test. Attorney will exert his best efforts to avoid such a motion but does not guarantee that such a motion will not be filed. Client acknowledges that the cost of defending against such motion is $275/hr.

8.      Client acknowledges that he/she must attend pre-petition credit counseling before the bankruptcy petition can be filed. Client understands that he/she must also attend post-petition counseling after the bankruptcy petitions is filed and within the time frame allowed by statute. **Client acknowledges that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling. Client understands that no discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame.**

9.      Client acknowledges that Attorney does not represent Client in any other type of case including but not limited to any foreclosure proceeding or lawsuits other than Clients current bankruptcy case. The Attorney may make a special appearance in a court, other than the Bankruptcy Court, for the purpose of filing a notification of Clients bankruptcy proceedings, and to suggest to another court that Clients proceedings should be stayed. Sending or receiving any summons or complaint, or notifying the Attorney of a pending lawsuit does not obligate the Attorney to represent Client in that lawsuit or before that court. Any representation of Client in a state court proceeding, including without limitation: collection lawsuits, foreclosure lawsuits, and etc., is not included in this Bankruptcy Retainer Agreement. Any referral made to another Attorney to represent Client is a courtesy only. The Attorney is not associated with any other Attorney outside of the undersigned Attorney's law offices.

10.     **Client acknowledges that the Attorney will not research creditor information, including addresses, account numbers, or balances. The Client must provide this information to the Attorney in writing. Failure to do so may result in unscheduled debts subject to non-dischargeability. Attorney will obtain a credit report for the Client but shall not be held accountable for any debts not listed on the Client's credit report. Client acknowledges duty to disclose ALL liabilities and debts. In the event Client forgets a creditor and the case is filed, Attorney will file an amended schedule to include the omitted creditor for a fee of $100.**

11.     Client agrees that the following matters are not included within the scope of this Bankruptcy Retainer Agreement. Client agrees that, as to the matters listed below, the Attorney will not take any action on Clients behalf, without a written request and/or a separate Retainer Agreement and possibly an additional retainer:

      a.     **Motion for relief or to modify the automatic stay**
      b.     Motions to revoke a discharge.
      c.     Removal of a pending action in another court.
      d..    Obtaining title reports.
      e.     The determination of real estate or tax liens.
      f.     Appeals to the BAP, District Court or Court of Appeals.
      g.    Negotiations with Check Systems regarding Client.
      h.    Motions to Dismiss Client's bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.

Client Initial Here _____                    Client Initial Here _____

900 JORIE BOULEVARD - SUITE 150 - OAK BROOK, ILLINOIS 60523 - TEL 630.575.8181 - FAX 630.575.8188

    i.    Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargability of debts including the attendance of 2004 examinations.

    j.    Preparing reaffirmation agreements, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Clients income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.

    k.    Motion to impose or extend the bankruptcy stay.

    l.    Removal or avoidance of any liens attached to Client's personal or real property.

12.    Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Clients bankruptcy. Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy. Client further understands that the list of non-dischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

    a.    Certain types of taxes, custom duties, or debts to pay taxes or custom duties.

    b.    Student loans. Client acknowledges that in rare instances, the student loan provider can charge off the loan and pursue its state remedies against the co-signor of the student loan. Client agrees to hold Attorney harmless, in the event the aforementioned occurs.

    c.    Debts owed for spousal or child support.

    d.    Debts owed to the spouse, former spouse, or child in a domestic relations proceeding.

    e.    Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.

    f.    Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.

    g.    Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition.

    h.    Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition.

    i.    Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny.

    j.    Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity.

    k.    Debts owed for death or personal injury arising from the operation of a motor vehicle, boat, or aircraft while intoxicated by drugs or alcohol.

13.    Client understands that filing a Chapter 7 bankruptcy does not automatically discharge or remove liens from any real estate. Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate in a Chapter 7 unless Client specifically authorizes the Attorney to do so in writing. Client agrees that the Attorney will rely on Client's statements concerning ownership of real property and any liens attached to Client's real property. Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if Clients wishes to obtain one. **Client**

Client Initial Here _____

Client Initial Here _____

900 JORIE BOULEVARD - SUITE 150 - OAK BROOK, ILLINOIS 60523 - TEL 630.575.8181 - FAX 630.575.8188

agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Clients real estate.

14.     Client understands that individuals who file for relief under Chapter 7 or Chapter 13 of the Bankruptcy Code are subject to audits by the U.S. Trustee. If Clients case is selected for an audit, Client agrees to pay Attorney the customary hourly rate for representing Client in such audit.

15.     Client understands that Attorney may charge additional fees if Client waits longer than ninety (90) days from the first date Attorney is retained to finalize the bankruptcy petition and schedules due to additional due diligence and other update work required to finalize the bankruptcy.

16.     Client acknowledges that Client has read and understands all the terms contains in this Bankruptcy Retainer Agreement and that, whether written, spoken, recorded or transcribed by any other means, no other terms are made part of this Bankruptcy Retainer Agreement. Client is in agreement with the terms of this agreement and has signed on the signature lines below.

17.     Client acknowledge that Attorney advised Client that conducting attorney-client conversations over cellular telephones, though not necessarily violating attorney-client privilege, involves potential risks of interception and such conversations cannot be considered confidential. Client signature in this disclaimer serves as Client informed consent to communicate with Attorney and/or service providers via cellular telephones should the need arise.

18.     Client further acknowledges that Attorney advised Client that sending unencrypted email can violate attorney-client privilege as it involves the potential risk of interception of client confidences. Client signature in this disclaimer serves as Client informed consent to communicate with Attorney and/or service providers via email.

19.     Attorney has advised Client that some electronic documents will be stored outside of his office on a secured SSL 128 bit encrypted storage facility. Client signature in this disclaimer serves as Client informed consent to the storage of Client personally identifiable electronic data in a secure SSL 128 bit encrypted online storage facility.

Dated: January 21, 2015

_____
Client Signature

_____
Client Signature

    Lawrence T. Masiclat
    Client Printed Name

    Mylene Masiclat
    Client Printed Name

_____
Attorney at Law

Client Initial Here _____

Client Initial Here _____

Page 9 of 9

900 JORIE BOULEVARD - SUITE 150 - OAK BROOK, ILLINOIS 60523 - TEL 630.575.8181 - FAX 630.575.8188

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lawrence T. Masiclat**
      **Mylene Masiclat**                       Case No. _____
                           Debtor(s)          Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Lawrence T. Masiclat** | | |
|---|---|---|
| **Mylene Masiclat** | X   **/s/ Lawrence T. Masiclat** | **January 28, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X   **/s/ Mylene Masiclat** | **January 28, 2015** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lawrence T. Masiclat**
**Mylene Masiclat**

Case No. _____

Debtor(s)

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **210**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 28, 2015**

**/s/ Lawrence T. Masiclat**
**Lawrence T. Masiclat**
Signature of Debtor

Date:  **January 28, 2015**

**/s/ Mylene Masiclat**
**Mylene Masiclat**
Signature of Debtor

Ability Network Inc.
Dept CH 16577
Palatine, IL 60055


Adriana De La Cruz
7108 Robinswood Drive
Rockford, IL 61114


ADT
3190 S. Vaughn Way
Aurora, CO 80014


ADT Alarms
PO Box 650485
Dallas, TX 75265


ADT Security Systems, Inc.
PO Box 650485
Dallas, TX 75265


Advance Business Machines
5344 11th Street
Rockford, IL 61109


Agatona Marasigan
4415 Robin Court
Gurnee, IL 60031


Alex Guilfoyle
450 Sunnyside Drive
Cedarville, IL 61013


Alexander Reyes
3749 N. Trainer Road
Rockford, IL 61114


Allied Interstate
2290 Agate Court
Unit A1
Simi Valley, CA 93065


Amb. Anesthesiologists of Chicago, LLC
Dept 20 8021 PO Box 5998
Carol Stream, IL 60197

American Chartered Bank
20 N. Martingale Road, Suite 600
Schaumburg, IL 60173


American Chartered Bank
700 W. Euclid Avenue
Palatine, IL 60067


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express *
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355


Americas Servicing Company
One Home Campus
MAC X2501-01D
Des Moines, IA 50328


Americas Servicing Company
PO Box 10328
Des Moines, IA 50306


Americas Servicing Company
Debra Conn
8480 Stagecoach Circle
Frederick, MD 21701


Amy Park
711 Crestview Drive
Bolingbrook, IL 60440


Angie Reyes
954 N. Main Street
APT 35
Rockford, IL 61103


Arlene Palapala
122 Canton Lane
Streamwood, IL 60107

AT&T
225 W. Randolph Road
Chicago, IL 60606


Athletic and Therapeutic Institute
4947 Payshere Circle
Chicago, IL 60674


Audress Heavey
1106 South Crystal Lake Road
McHenry, IL 60050


Averus
3851 Clearview Court
Gurnee, IL 60031


Bank of America
4060 Ogletown/Stanton Road
Newark, DE 19713


Bank Of America, N.A. *
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255


Barbara S Badger
113 W North Street
Pearl City, IL 61062


Bliss Marc International
7905 Lyons Street
Morton Grove, IL 60053


BMO Harris Bank N.A. *
111 W. Monroe Street
Chicago, IL 60603


Bonded Business Services, Ltd.
5757 Central Avenue, #205
Boulder, CO 80301


Bonnie Wasilewski
8820 Richardson Road
Spring Grove, IL 60081

C Beyond
320 Interstate North Parkway SE
Suite 300
Atlanta, GA 30339

Cadence Health
27W353 Jewell Road
Winfield, IL 60190

Cadence Health
25 North Winfield Road
Winfield, IL 60190

Cadence Health
25960 Network Place
Chicago, IL 60673

Capital One N.A.
1 S. Orange Street
Wilmington, DE 19801

Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154

Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102

Care Plus Nursing and Rehabilitation
411 Business Center Drive
Suite 102
Mount Prospect, IL 60056

Caring Therapeutics, P.C.
10723 Winterset Drive
Orland Park, IL 60467

Carlos Soltes
9154 Leicester Way
Roscoe, IL 61073

CBeyond
1520 Kensington Road, Suite 300
Oak Brook, IL 60523


CBeyond Communications, LLC
320 Interstate North Parkway
Suite 300
Atlanta, GA 30339


Celina Ramirez-Manlapid
1563 Matthew Drive
Algonquin, IL 60102


Cenizar Mendoza
2108 Oxford Street
Rockford, IL 61103


Center for Medicare & Medicaid Services
2300 Springdale Drive
Camden, SC 29020


Champion Energy LLC
1500 Rankin Road
Suite 200
Houston, TX 77073


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase *
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850


Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219


Cherry Anne Agravanted
650 Dogleg Lane
Bartlett, IL 60103

Christina Talusan
6912 Homestead Drive
McHenry, IL 60050


Chrysler Capital
Po Box 961275
Fort Worth, TX 76161


Chrysler Financial Services
PO Box 9223
Farmington, MI 48333-9223


Cielo Avila
4845 Pine Meadow Parkway
APT 2
Loves Park, IL 61111


Citi Com Lending Group
Po Box 769004
San Antonio, TX 78245


Citibank N.A.
Citicorp Credit Srvs/ Centralized Bk
Po Box 20507
Kansas City, MO 64195


Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 790034
Saint Louis, MO 63179-0034


CitiMortgage, Inc.
1000 Technology Drive
O Fallon, MO 63368


CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117


Comed
Po Box 87522
Chicago, IL 60680

Corina Santos
316 Blue Spruce Lane
Glendale Heights, IL 60139


Cristina Talusan
6912 Homestead Drive
McHenry, IL 60050


D.K. Condo Association
c/o Daper and Kramer Co.
PO Box 611095
Chicago, IL 60666


Dana Concepcion Montinola
310 Marshall Drive
Des Plaines, IL 60016


DCTR
6432 Weaver Road
Rockford, IL 61114


De Lage Landen
1111 Old Eagle School Road
Wayne, PA 19087


Dell Business Credit
c/o DFS Customer Care Department
PO Box 81577
Austin, TX 78708


Deluxe Corporation
1600 East Touhy Avenue
Des Plaines, IL 60018


Deutsche Bank National Trust Company
1761 East Street Andrew Place
Santa Ana, CA 92705


Dun & Bradstreet
505 8th Avenue, Suite 1805
New York, NY 10018


Editha Funtera
2747 N Rutherford Avenue
Elmwood Park, IL 60707

Eloisa M Dabu
239 Woodside Drive
West Chicago, IL 60185


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Eufemia Pattison
1208 West Lake Drive
Cary, IL 60013


Eva Geronimo
136 Lakeside Drive
733
Saint Charles, IL 60174


Ewa Bosek
10346 S Aspen Drive
Palos Hills, IL 60465


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


Felicidad Eleazar
1909 Gordon Avenue
Rockford, IL 61103


Feliza Guntan
1797 S Trainer Road
Rockford, IL 61108


Fields Research
3814 West Street
Cincinnati, OH 45227


Floresa Mitchell
2011 Barnaby Drive
Loves Park, IL 61111


Fox Valley Orthopedic Institute
2525 Kaneville Road
Geneva, IL 60134

FP Mailing Solutions
140 N Mitchel Court
Suite 200
Addison, IL 60101


Freedman Anselmo Lindberg
1771 W. Diehl, Suite 150
PO Box 3228
Naperville, IL 60566


GB Collects LLC
145 Bradford Drive
West Berlin, NJ 08091


GE Capital Retail Consumer Finance
1600 Summer Street
Fifth Floor
Stamford, CT 06905


GE Money Bank Care Card
Po Box 960061
Orlando, FL 32896


GECRB/Sams Club
Gecrb/Sams Club
Po Box 103104
Roswell, GA 30076


George Adjekum
3022 Countryside Drive
Belvidere, IL 61008


Glatfelter Healthcare Practice
183 Leader Heights Road
PO Box 2726
York, PA 17405


Glenda Corpuz
4635 Mackinac Street
Lake in the Hills, IL 60156


GNS Properties
27979 Converse Road
Island Lake, IL 60042

Greenberg, Grant, Richards Inc
PO Box 571811
Houston, TX 77257


Gregory Alan Davis
934 N 10th Street
Rochelle, IL 61068


Guardian
PO Box 2459
Spokane, WA 99210


Guardian Dental
Northeast Regional Office
PO Box 26050
Lehigh Valley, PA 18002


H Medical Billing & Coding Corp
110 Cayunga Court
Bloomingdale, IL 60108


Hinckley Springs
6750 Discovery Boulevard
Mableton, GA 30126


HSN
PO Box 9090
Clearwater, FL 33758


Ice Mountain Spring Water
18275 8 Mile Road
Stanwood, MI 49346


Illinois Dept of Employment Security
33 S. State Street
10th Floor
Chicago, IL 60603


Illinois Dept of Employment Security
Harvey
16845 South Halsted
Harvey, IL 60426

Illinois Dept. of Employment Security
2444 W. Lawrence Avenue
Chicago, IL 60625


Image Systems & Business Solutions
1776 Commerce Drive
Elk Grove Village, IL 60007


Interline
PO Box 26
Lake Forest, IL 60045


IQN Physical Therapy Services
1934 Norwich Lane
Bolingbrook, IL 60490


Jeanette Johnson
5679 Vesper Drive
South Beloit, IL 61080


Jennifer Truitt
3747 W Route 64
APT 6
Mount Morris, IL 61054


Jeremy Rhoads
75 Kristin Circle
APT 217
Schaumburg, IL 60195


Jessie Espere
1460 Livingstone Drive
Rockford, IL 61107


Joan Pelaez
2547 Boardwalk Boulevard
Apt C
Hoffman Estates, IL 60169


Joann Long
2358 Jonquil Place
Rockford, IL 61107

Joseph, Mann & Creed
20600 Chagrin Boulevard
Suite 550
Beachwood, OH 44122


Judith Padua
348 Karls Court
Rockford, IL 61107


Justiano Valeroso
165 Horizon Circle
Carol Stream, IL 60188


Karlo Mark Corsino
7082 Sue Court
APT 2
Loves Park, IL 61111


Kinnser
2600 Via Fortuna Drive
Suite 150
Austin, TX 78746


Kohl's
PO Box 2983
Milwaukee, WI 53201


Kohl's Credit *
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051


Kohls Credit
Po Box 3115
Milwaukee, WI 53201


Kroll Factual Data
5200 Hahns Peak Drive
Loveland, CO 80538


Lavelle Law
501 West Colfax Street
Palatine, IL 60067

Leonard Langtiw
2704 W Catalpa Avenue
Chicago, IL 60625

Lino Agpoon
898 S. Rand Road
APT4
Lake Zurich, IL 60047

Lord & Taylor
PO Box 960035
Orlando, FL 32896

Lorna Asuncion
1S120 Radford Lane
Villa Park, IL 60181

Lourdes S. Lloberra
392 Hilton Drive
Glendale Heights, IL 60139

Lynn Medical
PO Box 930459
Wixom, MI 48393

Macy's
Po Box 183083
Columbus, OH 43218

Macy's Inc.
9111 Duke Boulevard
Mason, OH 45040

Maria Isip
980 Longford Road
Bartlett, IL 60103

Maria Tuscano
810 Blue Ridge Drive
Streamwood, IL 60107

Maribeth Ophrecio
28 Joshua Court
Barrington, IL 60010

Marie Rochelle Wauna
15723 Springfiel Avenue
Markham, IL 60428


Marilou Roxas
3208 St Michael Lane
Saint Charles, IL 60175


Marissa Manuntag
1325 Jonathan Avenue
Rockford, IL 61102


Marita Baula
3230 Johnsbury Court
Aurora, IL 60504


Mark Murdock
PO Box 6
Valparaiso, IN 46384


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101


Mary Joy Cabana
42 Harrison Lane
Streamwood, IL 60107


Marylin Hendricks
36 Woodland Avenue
Fox Lake, IL 60020


May Nueva
3011 Shenandoah Drive
Carpentersville, IL 60110


Medical Arts
PO Box 37647
Philadelphia, PA 19101


Medical Mega
183 Wilson Street
Brooklyn, NY 11211

Medilyn Leynes
20 Kenilworth Avenue
Romeoville, IL 60446


Moshe Bantasan
370 Florian Drive
Des Plaines, IL 60016


Nationwide Credit & Collection Inc
PO Box 3159
Oak Brook, IL 60522


Nationwide Credit & Collection, Inc.*
815 Commerce Drive
Suite 270
Oak Brook, IL 60523


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002


Necole Ericka Littlejohn
111 N Calvin Park Boulevard
Rockford, IL 61107


Nickolau, Michaels & Evans
7503 W. 56th Street
Summit, IL 60501


NICOR Gas
PO Box 5407
Carol Stream, IL 60197


Nissan Motor Acceptance
Po Box 660360
Dallas, TX 75266


Nissan Motor Acceptance
8900 Freeport Parkway
Irving, TX 75063


Nissan Motor Acceptance *
Po Box 660360
Dallas, TX 75266

NK Healthy Concepts
2133 S Wolf Road
Des Plaines, IL 60018


Nordstrom FSB
8502 East Princess Drive
Scottsdale, AZ 85255


Nordstrom FSB
PO Box 79134
Phoenix, AZ 85062-9134


Nordstroms
10 OakBrook Center
Oak Brook, IL 60523


Oluwakemi Adeniyi
2613 Ross Street
Hampshire, IL 60140


Palmetto GBA, LLC
PO Box 100277
Columbia, SC 29202


Paper Recovery Service Corporation
7972 Crest Hills Drive
Loves Park, IL 61111


Phillip Manzano
16649 Jean Lane
Oak Forest, IL 60452


Pierce & Associates
1 North Dearborn
Ste 1300
Chicago, IL 60602


Pitney Bowes
2225 American Drive
Neenah, WI 54956


Quill Corp
PO Box 37600
Philadelphia, PA 19101

Raffy Rivera
8613 N. Milwaukee Avenue
APT 2w
Niles, IL 60714


Raiz Law Group
1260 Iroquois #104
Naperville, IL 60563


Receivable Management Services
1250 E. Diehl Road
Naperville, IL 60563


Richard James and Associates
4317 NE Thurston Way
Suite 270
Vancouver, WA 98662


Richard T Avis Attorney & Associates LLC
PO Box 1008
Arlington Heights, IL 60006


Rizalyn Andres
720 Arnold Avenue
Rockford, IL 61108


Rosalina Reed
497 Gregory Avenue
Apt 3C
Glendale Heights, IL 60139


Roscoe
3535 West Harrison Street
Chicago, IL 60624


Samantha Swanson
201 E. Willow Street
Forreston, IL 61030


Samantha Williams
208 W 2nd Street
Leaf River, IL 61047

Sams Club
P.O. Box 981064
El Paso, TX 79998


Sams Club
Attn. Bankruptcy
PO Box 105968
Atlanta, GA 30353


Sarah Jane Reyes
2323 Vineyard Court
Elgin, IL 60123


Shred It
11101 Franklin Avenue
Suite 100
Franklin Park, IL 60131


Specialized Loan Servicing
Attn: Bankruptcy
8742 Lucent Blvd.  Suite 300
Highlands Ranch, CO 80129


Specialized Loan Servicing
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129


State of Illinois: Department of Revenue
PO Box 19006
Springfield, IL 62794


Susan Dulaca
888 Tipperary Street
Gilberts, IL 60136


Synchrony
PO Box 530970
Atlanta, GA 30353


Synchrony / Lord & Taylor
Po Box 965015
Orlando, FL 32896

Synchrony Bank
PO Box 530916
Atlanta, GA 30353


T-Mobile
12929 SE 38th Street
Bellevue, WA 98006


Tameka Kelly
2813 W. Washington Boulevard
Chicago, IL 60612


Teresa Adriano
639 Willow Street
Elburn, IL 60119


The Ogle County Life
311 Washinton Street
PO Box 378
Oregon, IL 61061


Therapeutics Services of America
2625 Butterfield Road
Suite 300
Oak Brook, IL 60523


TNR Staffing
150 Harvester Drive, Suite 105
Burr Ridge, IL 60527


Trans Union LLC
1561 E. Orangethorpe Avenue
Fullerton, CA 92831


Trevor Childs
951 Par Drive
Algonquin, IL 60102


Twelve Oaks at Schaumburg
PO Box 5705
Carol Stream, IL 60197


Twelve Oaks at Schaumburg
120 Kristin Circle
Schaumburg, IL 60195

Union Bank of the Philippines


United Healthcare
PO Box 30573
Salt Lake City, UT 84130-0573


United Recovery Service
18525 Torrence
Suite C6
Lansing, IL 60445


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402


US Bank Home Mortgage
Bankruptcy/Recovery Dept
Po Box 5229
Cincinnati, OH 45201


US Bank Home Mortgage
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402


Victoria Souza
1861 Gregory Avenue
Glendale Heights, IL 60139


Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94132


Wells Fargo Home Mortgage
5620 Brooklyn Boulevard
Minneapolis, MN 55429


Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306